AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| John Pinson<br><br>*Plaintiff(s)*<br>v.<br>CPCC DELAWARE BUSINESS TRUST a/k/a<br>CPCC DELAWARE STATUTORY TRUST, et. al.<br><br>*Defendant(s)* | Civil Action No. 9:13-cv-80720-KAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST
c/o Registered Agent
CT CORPORATION SYSTEMS
1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/27/2013



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts