# Affidavit of Process Server

United States District Court
For the Southern District of Florida
Court

FILED by _____ D.C.
SEP 05 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| John Pinson | JPMorgan Chase Bank, National Association, et al. | 13-80720-CV-Marra |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case # |

I, **Ron Freeman**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served JPMorgan Chase Bank, NA

with (list documents) Summons and First Amended Verified Complaint

by leaving with **Amber Hollis** **Authorized Agent** (relationship)

☒ **Business** 1111 Polaris Pkwy   Columbus, OH 43240

☐ **Residence**

Date: **8·30·13**  Time: **12:30p**

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with a person authorized to accept service.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Description:** Age **32** Sex **F** Race **Bk** Height **5'8"** Weight **130** Hair **Bk** Beard **N** Glasses **Y**

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion ☐ Address Does Not Exist ☐ Other _____

I am over the age of 18, and not a party to this action, that within the boundaries of the State of Ohio, I was authorized by law to perform said service. In Ohio, process servers are not licensed, and no license number is available.

Ron Freeman, Process Server
Freeman Process Service
2400 Indiana Ave.
Columbus, OH 43202
(614) 329-3854

State of Ohio, Franklin County
Subscribed and sworn to before me this
**3rd** day of **September**, 20**13**
by the affiant who is personally known to me.

_Savannah Freeman_
Notary Public



SAVANNAH FREEMAN
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 10/31/2017