# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 13-80720-CV-MARRA



FILED by _____ D.C.

OCT 22 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

Plaintiff:
**John Pinson,**

vs.

Defendant:
**Law Offices of Marshall C. Watson, P.A. a/k/a Choice Legal Group, P.A. et al.,**

For:
John Pinson
John Pinson
526 Westwood Road
West Palm Beach, FL 33401

Received by Vause's Process Service on the 5th day of September, 2013 at 10:30 am to be served on **Law Offices of Marshall C. Watson, P.A. a/k/a Choice Legal Group, P.A. c/o Paracorp Incorporated as Registered Agent, 236 East 6th Avenue, Tallahassee, FL**.

I, J. Lee Vause, Jr., do hereby affirm that on the **5th day of September, 2013** at **1:55 pm, I:**

Served by delivering a true copy of the **Summons and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Doris Beck** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Paracorp Incorporated** as **Registered Agent for Law Offices of Marshall C. Watson, P.A. a/k/a Choice Legal Group, P.A.**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2). I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2013008666

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| John Pinson <br><br> *Plaintiff(s)* <br> v. <br> LAW OFFICES OF MARSHALL C. WATSON, P.A. a/k/a CHOICE LEGAL GROUP, P.A., et. al. <br><br> *Defendant(s)* | Civil Action No. **13-80720-CV-Marra** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LAW OFFICES OF MARSHALL C. WATSON, P.A.
a/k/a CHOICE LEGAL GROUP, P.A.
c/o Registered Agent:
PARACORP INCORPORATED
236 EAST 6TH AVENUE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 07/26/2013

Steven M. Larimore
Clerk of Court

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts