UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN **PINSON**,

          Case No.:    9:13-cv-80720-KAM

    Plaintiff,

vs.

JPMORGAN CHASE BANK, National Association,
a financial institution;
LAW OFFICES OF MARSHALL C. WATSON, P.A.,
a/k/a CHOICE LEGAL GROUP, P.A., a Florida
professional association,
CPCC Delaware Business Trust, a/k/a CPCC Delaware
Statutory Trust, an unknown entity,

    Defendants,
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

GrayRobinson, P.A. hereby gives notice of its appearance as counsel in this case on behalf of CPCC Delaware Business Trust (in addition to JPMorgan Chase Bank, N.A.), and requests that all papers be served on the undersigned and that they be added to the court's Parties-in-interest list so that they will receive electronic notices.

Dated: October 24, 2013.

**GRAYROBINSON, P.A.**
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL  33301
Telephone:    (954) 761-8111
Facsimile:    (954) 761-8112
*Counsel for JPMorgan Chase Bank and*
*CPCC Delaware Business Trust*

s/Patrick S. Scott
Thomas H. Loffredo
Florida Bar No.: 870323
thomas.loffredo@gray-robinson.com
Patrick S. Scott
Florida Bar No. 290025
patrick.scott@gray-robinson.com
Michael D. Lessne
Fla. Bar No. 0073881
michael.lessne@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Notice was served electronically upon all parties that have registered for the CM/ECF service list this 24th day of October, 2013.

s/Patrick S. Scott
Patrick S. Scott
Fla. Bar No. 290025

\823538\5200 - # 2574778 v1