UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED by _____ D.C.
OCT 29 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 9:13-cv-80720-KAM

John Pinson, *pro se*

    Plaintiff

vs

JPMORGAN CHASE BANK, N.A., et. al.

    Defendants/

## PLAINTIFF *PRO SE'S* UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT CHOICE LEGAL'S MOTION TO DISMISS

COMES NOW, the Plaintiff *pro se*, John Pinson, who hereby respectfully requests that the Honorable Court grant him an Enlargement of Time of twenty-one (21) days, through and including November 25, 2013, to prepare and submit his response to the Defendant Law Offices of Marshall Watson, P.A. a/k/a Choice Legal Group, P.A.'s ("Choice Legal") Motion to Dismiss, and in support thereof the Plaintiff *pro se* states:

### PRELIMINARY STATEMENT

1. On August 26, 2013, the Plaintiff *pro se* filed his Amended Verified Complaint [DE 06].

2. On October 17, 2013 Defendant Choice Legal filed its Motion to Dismiss [DE 14], and accordingly Plaintiff *pro se's* response is due by November 4, 2013.

3. Plaintiff is *pro se* and does not have a support staff, and the Defendant has filed a lengthy motion to dismiss. Because of personal and business commitments and time constraints, the Plaintiff *pro se* needs additional time to research and respond properly to the Defendant Choice Legal's motion.

4. This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested. By and through its counsel, Defendant Choice Legal, has confirmed that it is unopposed to the extension of twenty-one (21) days for Plaintiff *pro se* to respond to its Motion to Dismiss.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with counsel for the Defendant by electronic mail on October 25, 2013, and that counsel for the Defendant has stated he is unopposed to the relief requested.

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting this motion allowing Plaintiff an enlargement of time of twenty-one (21) days, through and including November 25, 2013, within which to prepare and submit his response to Defendant Choice Legal's Motion to Dismiss; and any other relief as deemed equitable and just.

Dated: October 29, 2013

Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed October 29, 2013

_____
John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.

Patrick S. Scott, Esq.
patrick.scott@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust

Robert A. Bouvatte Jr., Esq.
rbouvatte@conroysimberg.com
Conroy, Simberg, P.A.
3440 Hollywood Blvd., Second Floor
Hollywood, FL 33021
Phone: (954) 961-1400
Fax: (954) 967-8577
*Attorney for Defendant:*
Law Office of Marshall Watson, P.A.,
a/k/a Choice Legal Group, P.A.