136553

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:13-cv-80720 KAM

JOHN PINSON,

  Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, a Financial institution; LAW OFFICES OF MARSHALL C. WATSON, P.A., a/k/a CHOICE LEGAL GROUP, P.A., a Florida Professional Association; CPCC Delaware Business Trust, a/k/a CPCC Delaware Statutory Trust, an unknown entity,

  Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert A. Bouvatte, Jr., Esq., and the law offices of CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A., hereby file this notice of appearance on behalf of Defendant, LAW OFFICES OF MARSHALL C. WATSON, P.A. a/k/a CHOICE LEGAL GROUP, P.A. ("Choice Legal"), and request that all future correspondence, pleadings and other filings be directed to the undersigned, and that the undersigned be added to the Court's electronic service list.

CASE NO. 9:13-cv-80720 KAM

DATED:  October 31, 2013.

        Respectfully submitted,

        /s/ Robert A. Bouvatte, Jr.
Robert A. Bouvatte, Jr., Esquire
Florida Bar No.:  0071525
Conroy, Simberg, Ganon, Krevans, Abel,
Lurvey, Morrow & Schefer, P.A.
3440 Hollywood Boulevard, Second Floor
Hollywood, FL 33021
Email: rbouvatte@conroysimberg.com
Tel.: (954) 961-1400 Broward
Fax.: (954) 967-8577
*Attorney for Choice Legal Group, P.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2013, the foregoing document was filed with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing was served this day on all counsel or parties of record on the Service List below, in the manner specified.

    /s/ Robert A. Bouvatte, Jr.
Robert A. Bouvatte, Jr., Esquire

CASE NO. 9:13-cv-80720 KAM

## SERVICE LIST

PINSON, JOHN v. JP MORGAN CHASE BANK ET AL
Case No. 9:13-cv-80720 KAM
United States District Court, Southern District of Florida

Thomas H. Loffredo, Esq.
Patrick S. Scott, Esq.
Michael D. Lessne
Gray Robinson, P.A.
401 East Las Olas Boulevard,
Suite 1850
Ft. Lauderdale, FL 33131
Attorneys for JP Morgan Chase Bank, N.A.
Phone: (954) 761-8111
Fax: (954) 761-8112
Email: tom.loffredo@gray-robinson.com
  patrick.scott@gray-robinson.com
  michael.lessne@gray-robinson.com
**Via CM/ECF electronic filing**

John Pinson
john@pinson.com
*Pro Se*
526 Westwood Road
West Palm Beach, Florida 33401
**Via First Class U.S. Mail**

Thomas H. Loffredo, Esq.
Patrick S. Scott, Esq.
Michael D. Lessne
GrayRobinson, P.A.
401 East Las Olas Boulevard,
Suite 1850
Ft. Lauderdale, FL 33131
Attorneys for CPCC Delaware Business
Trust a/k/a CPCC Delaware Statutory Trust
Phone: (954) 761-8111
Fax: (954) 761-8112
Email: thomas.loffredo@gray-robinson.com
  patrick.scott@gray-robinson.com
  michael.lessne@gray-robinson.com
**Via CM/ECF electronic filing**