UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80720-KAM

John Pinson, *pro se*

    Plaintiff

vs

JPMORGAN CHASE BANK, N.A., et. al.

    Defendants/

## PLAINTIFF *PRO SE'S* AMENDED AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS CHASE AND CPCC'S MOTION TO DISMISS

COMES NOW, the Plaintiff *pro se*, John Pinson, who hereby respectfully requests that the Honorable Court grant him an Enlargement of Time of thirty (30) days, through and including December 12, 2013, to prepare and submit his response to the Defendants JPMorgan Chase Bank, N.A. ("Chase") and CPCC Delaware Business Trust ("CPCC") (together, the "Defendants") Motion to Dismiss, and in support thereof the Plaintiff *pro se* states:

### PRELIMINARY STATEMENT

1. On August 26, 2013, the Plaintiff *pro se* filed his Amended Verified Complaint [DE 06].

2. On October 24, 2013 Defendants filed their Motion to Dismiss [DE 17], and accordingly Plaintiff *pro se*'s response is due by November 12, 2013.

3. Plaintiff is *pro se* and does not have a support staff, and the Defendant has filed a lengthy motion to dismiss. Because of personal and business commitments and time constraints, the Plaintiff *pro se* needs additional time to research and respond properly to the Defendants' motion.

4. This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested. By and through its counsel, Defendants Chase and CPCC, have confirmed that they are unopposed to the extension of thirty (30) days for Plaintiff *pro se* to respond to their Motion to Dismiss.

### CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with counsel for the Defendant by electronic mail, and that November 11, 2013, counsel for the Defendant stated he is unopposed to the relief requested (see attached Exhibit A).

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting this unopposed motion allowing Plaintiff an enlargement of time of thirty (30) days, through and including December 12, 2013, within which to prepare and submit his response to Defendants , Chase and CPCC's, Motion to Dismiss; and any other relief as deemed equitable and just.

Dated: November 12, 2013

Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed November 12, 2013

_____
John Pinson

## Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.

Patrick S. Scott, Esq.
patrick.scott@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust

Robert A. Bouvatte Jr., Esq.
rbouvatte@conroysimberg.com
Conroy, Simberg, P.A.
3440 Hollywood Blvd., Second Floor
Hollywood, FL 33021
Phone: (954) 961-1400
Fax: (954) 967-8577
*Attorney for Defendant:*
Law Office of Marshall Watson, P.A.,
a/k/a Choice Legal Group, P.A.

Case No. 9:13-cv-80720-KAM

# "Exhibit A"

John Pinson v. JPMorgan Chase Bank, N.A., et al.



# John D Pinson

| | |
|---|---|
| **From:** | Michael D. Lessne, CPA <Michael.Lessne@gray-robinson.com> |
| **Sent:** | Monday, November 11, 2013 3:22 PM |
| **To:** | John D Pinson |
| **Cc:** | Tom Loffredo; Patrick S. Scott; Abby Srour; Misty D. Buchwald |
| **Subject:** | Re: Pinson v. Chase (507058) Case No. 2013-civ-80720-KAM |

Mr. Pinson:

Based on your representations, we have no objection to your request.

Thank you.

Sincerely,

On Nov 7, 2013, at 12:04 PM, "John D Pinson" <john@pinson.com> wrote:

> Thank you for your reply, but the time your offer of only 12 days is insufficient given the circumstances and given the amount of information to be researched.
>
> There is no logical reason why the response to your firms motion to dismiss should coincide with Marshall Watson's motion to dismiss. You have both filed separate motions with separate and distinct issues raised concerning my amended complaint.
>
> I had no objection to agreeing to a 30 day enlargement for Chase, however as a pro se plaintiff without a staff and with other business commitments to attend to, I require additional time to complete my responsive pleading.
>
> Therefore I reiterate my request for a 30 day enlargement of time which I believe is reasonable.
>
> Please advise with your concurrence or objection by 2 PM tomorrow so I may properly draft my request for relief from the court.
>
> Sincerely,
>
> John
>
> John Pinson
> 561-329-2524
> john@pinson.com
>
> **From:** Michael D. Lessne, CPA [mailto:Michael.Lessne@gray-robinson.com]
> **Sent:** Monday, November 04, 2013 9:51 AM
> **To:** 'john@pinson.com'
> **Cc:** Tom Loffredo; Abby Srour
> **Subject:** RE: Pinson v. Chase (507058) Case No. 2013-civ-80720-KAM
>
> Mr. Pinson:

*[handwritten: 2/6]*

1

My clients will consent to 11/25 as the deadline to file a response to the motion to dismiss. This is the same deadline you have to file a response to Choice Legal's motion to dismiss pursuant to DE 19.

Sincerely,

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Thursday, October 31, 2013 3:16 PM
**To:** Tom Loffredo; Patrick S. Scott
**Subject:** FW: Pinson v. Chase (507058) Case No. 2013-civ-80720-KAM
**Importance:** High

Mr. Loffredo & Mr. Scott,

I am now in receipt of your joint motion to dismiss that was mailed to me.

Because of personal and business commitments and time constraints, I would need additional time to research and respond properly to your motion.

I intend to request a 30 day enlargement of time to respond to your motion as Chase requested (30 days) of me previously, and I trust you will afford me the same courtesy here.

Please respond with your concurrence or objection by end of business Monday so I may properly draft my request for relief from the court.

Sincerely,

John

John Pinson
561-329-2524
john@pinson.com

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Tuesday, September 17, 2013 9:54 AM
**To:** 'Harkins, Patrick'
**Subject:** RE: Pinson v. Chase (507058)
**Importance:** High

Hi Patrick,

Thank you for your message, sorry for the delay, I just checked my e-mail.

I am unopposed to your request for extension.

Your first message, from last week was in my spam folder flagged for virus. Was there an attachment?

Sincerely,

John

John Pinson



2

561-329-2524
john@pinson.com

---

**From:** Harkins, Patrick [mailto:patrick.harkins@jpmchase.com]
**Sent:** Tuesday, September 17, 2013 9:09 AM
**To:** john@pinson.com
**Subject:** RE: Pinson v. Chase (507058)
**Importance:** High

John,

I have not heard back from you per my emails below. Please let me know as soon as possible if Chase can have an extension to file a responsive pleading.

As I mentioned, the goal of the group I work in is to resolve matters expeditiously without having to hire outside counsel. If I do not hear from you soon, I will have to transfer this case to an attorney in general litigation so outside counsel can be hired to litigate this matter.

Sincerely,
Patrick

Patrick R. Harkins, Esq.
JPMorgan Chase Bank, N.A. | Legal Department
4 Metrotech Center, 18th Floor
Brooklyn, NY 11245
(P) 718-242-1376 | (F) 718-242-2059
patrick.harkins@jpmchase.com

---

**From:** Harkins, Patrick
**Sent:** Thursday, September 12, 2013 11:26 AM
**To:** john@pinson.com
**Subject:** Pinson v. Chase (507058)
**Importance:** High

Dear Mr. John Pinson,

I believe that you are representing yourself pro se. Can you please confirm that you are not represented by counsel?

I wanted to advise you that this matter has been assigned to me as in-house counsel in JPMorgan Chase Bank's Early Dispute Resolution Unit (EDR). My objective is to attempt to achieve an expedited resolution of the matter which is fair to both sides without the necessity for Chase to retain outside counsel. I have only received the complaint recently and I believe that a responsive pleading is due Tuesday, September 24th. Would you be willing to agree to a 30 day extension for Chase to file a responsive pleading? Please let me know at your earliest convenience.

Sincerely,
Patrick

Patrick R. Harkins, Esq.
JPMorgan Chase Bank, N.A. | Legal Department
4 Metrotech Center, 18th Floor
Brooklyn, NY 11245
(P) 718-242-1376 | (F) 718-242-2059



3

patrick.harkins@jpmchase.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

**Michael D. Lessne, CPA**
Attorney at Law
GrayRobinson, P.A.
401 East Las Olas Blvd., Suite 1000
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301
Main: 954-761-8111 | Fax: 954-761-8112
Direct: 954-761-7501 |
Email: michael.lessne@gray-robinson.com
**GRAY | ROBINSON**
ATTORNEYS AT LAW

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

**Michael D. Lessne, CPA**
Attorney at Law
GrayRobinson, P.A.
401 East Las Olas Blvd., Suite 1000
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301
Main: 954-761-8111 | Fax: 954-761-8112
Direct: 954-761-7501 |
Email: michael.lessne@gray-robinson.com

5/6

4

**GRAY | ROBINSON**
ATTORNEYS AT LAW

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

