136553

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.:  9:13-cv-80720 KAM

JOHN PINSON,

  Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION, a Financial institution; LAW
OFFICES OF MARSHALL C. WATSON, P.A.,
a/k/a CHOICE LEGAL GROUP, P.A., a Florida
Professional Association; CPCC Delaware Business
Trust, a/k/a CPCC Delaware Statutory Trust, an
unknown entity,

  Defendants.
_____/

**DEFENDANT, LAW OFFICES OF MARSHALL C.
WATSON, P.A. A/K/A CHOICE LEGAL GROUP, P.A.'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW, the Defendant, LAW OFFICES OF MARSHALL C. WATSON, P.A. A/K/A CHOICE LEGAL GROUP, P.A. ("Choice Legal"), by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby makes the following disclosures:

1.    Choice Legal states that it does not have any parent corporation, and no publicly-owned corporation owns more that 10% of its stock.

CASE NO. 9:13-cv-80720 KAM

DATED:  November 20, 2013.

                                                  Respectfully submitted,

                                                  /s/ Dale L. Friedman
Dale L. Friedman, Esquire
Florida Bar No.:  854646
dfriedman@conroysimberg.com
Robert A. Bouvatte, Jr., Esquire
Florida Bar No.: 0071525
rbouvatte@conroysimberg.com
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
3440 Hollywood Boulevard, Second Floor
Hollywood, FL 33021
954-961-1400 Broward
954-967-8577
*Attorneys for Choice Legal Group, P.A.*

CASE NO. 9:13-cv-80720 KAM

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing was served this day on all counsel or parties of record on the Service List below, in the manner specified.

   s/ Dale L. Friedman
Dale L. Friedman., Esquire

CASE NO. 9:13-cv-80720 KAM

# SERVICE LIST

PINSON, JOHN v. JP MORGAN CHASE BANK, ET AL.
Case No. 9:13-cv-80720 KAM
United States District Court, Southern District of Florida

Thomas H. Loffredo, Esq.
Patrick S. Scott, Esq.
Michael D. Lessne
Gray Robinson, P.A.
401 East Las Olas Boulevard,
Suite 1850
Ft. Lauderdale, FL 33131
Attorneys for JP Morgan Chase Bank, N.A.
Phone:  (954) 761-8111
Fax:  (954) 761-8112
Email: thomas.loffredo@gray-robinson.com
       patrick.scott@gray-robinson.com
       michael.lessne@gray-robinson.com
**Via CM/ECF electronic filing**

John Pinson
john@pinson.com
*Pro Se*
526 Westwood Road
West Palm Beach, Florida 33401
**Via First Class U.S. Mail**

Thomas H. Loffredo, Esq.
Patrick S. Scott, Esq.
Michael D. Lessne
GrayRobinson, P.A.
401 East Las Olas Boulevard,
Suite 1850
Ft. Lauderdale, FL 33131
Attorneys for CPCC Delaware Business
Trust a/k/a CPCC Delaware Statutory Trust
Phone:  (954) 761-8111
Fax:  (954) 761-8112
Email: thomas.loffredo@gray-robinson.com
       patrick.scott@gray-robinson.com
       michael.lessne@gray-robinson.com
**Via CM/ECF electronic filing**