

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   *13CV80720 KAM*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CPCC DELAWARE BUSINESS TRUST a/k/a CPCC DELAWARE STATUTORY TRUST

was received by me on *(date)* 11/12/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served by U.S. Certified Mail #7012 1010 0001 1870 9695 Return Receipt Requested and mailed on November 1, 2013, to counsel of record on Notice of Appearance and Service of Papers [DE 16] Patrick S. Scott of GrayRobinson, PA: to the address: 401 East Las Olas Blvd., Ste. 1850, Ft Lauderdale, FL, and received on November 12, 2013.

My fees are $ 5.00 for travel and $ 15.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: 11/25/0201

_____
*Server's signature*

John A. Finger, III
*Printed name and title*

619 Sunset Road
West Palm Beach, FL 33401
*Server's address*

Additional information regarding attempted service, etc:
A copy of the return receipt and certified slip is attached as proof of service.

