UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.    9:13-cv-80720-KAM

John Pinson,

      Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

      Defendants/

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff *pro se*, John Pinson, and hereby informs the Court that a settlement of the present matter has been reached between the Plaintiff *pro se*, John Pinson, and only the Defendant Law Office of Marshall Watson, P.A., a/k/a Choice Legal Group, P.A. ("Marshall Watson/ Choice") in this cause of action.

The aforementioned parties have arrived at an amicable settlement agreement, and the Plaintiff *pro se* will file a Dismissal with Prejudice after the conclusion of all final matters.

Dated: December 19, 2013      Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 19, 2013

_____
John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
Attorney for Defendant:
JPMorgan Chase Bank, N.A.

Robert A. Bouvatte Jr., Esq.
rbouvatte@conroysimberg.com
Conroy, Simberg, P.A.
3440 Hollywood Blvd., Second Floor
Hollywood, FL 33021
Phone: (954) 961-1400
Fax: (954) 967-8577
Attorney for Defendant:
Law Office of Marshall Watson, P.A.,
a/k/a Choice Legal Group, P.A.

Patrick S. Scott, Esq.
patrick.scott@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust