UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., a
Financial institution, LAW OFFICES OF
MARSHALL C. WATSON, P.A. a/k/a
CHOICE LEGAL GROUP, P.A., a Florida
Professional association; and CPCC
DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity,

    Defendants.
_____/

Case No. 9:13-cv-80720-KAM

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

The defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust a/k/a CPCC Delaware Statutory Trust[1] (the "Defendants"), file their Motion for Enlargement of Time to Reply to the plaintiff John Pinson's Response in Opposition to the Defendants' Motion to Dismiss Amended Complaint, pursuant to Local Rule 7.1(a)(1)((J) and Fed. R. Civ. P. 6(b)(1)(A), and state:

    1.    On October 24, the Defendants filed their Motion to Dismiss Amended Complaint [DE 17]. On December 13, the Plaintiff filed a 34 page *Pro Se* Response in Opposition to the Defendants' Motion to Dismiss Amended Complaint [DE 33]. The Defendants' reply is currently due on December 23, pursuant to Local Rule 7.1(c)(1)((A).

    2.    The Defendants require additional time to reply to the response in order to

---

[1] By filing this motion, CPCC Delaware Business Trust, a/k/a CPCC Delaware Statutory Trust does not waive service of process and reserves its right to challenge the sufficiency of process.

properly address it and to clarify the issues for the court.

3. The Defendants request an extension of time until after the holidays, through and including January 5, 2014, within which to respond.

4. This motion is brought in good faith and not brought for the purpose of delay.

5. This case is not set for trial, and no party will be prejudiced by the requested extension.

6. On December 20, Michael Lessne, an attorney at GrayRobinson, P.A., contacted the plaintiff and requested his consent to this extension. As of the time of filing, the plaintiff has not agreed to any extension.

**WHEREFORE**, the Defendants request the entry of an order (in the form attached as Exhibit A) an extension of time, through and including January 5, 2014, within which to reply to the Defendants' response to their motion to dismiss the plaintiff's amended complaint.

Dated: December 23, 2013.

**GRAYROBINSON, P.A.**
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL  33301
Telephone:   (954) 761-8111
Facsimile:    (954) 761-8112
*Counsel for JPMorgan Chase Bank and CPCC Delaware Business Trust*

s/Patrick S. Scott
Thomas H. Loffredo
Florida Bar No.: 870323
thomas.loffredo@gray-robinson.com
Patrick S. Scott
Florida Bar No. 290025
patrick.scott@gray-robinson.com
Michael D. Lessne
Fla. Bar No. 0073881
michael.lessne@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served electronically upon all parties that have registered for the CM/ECF service list and mailed to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401 this 23rd day of December, 2013.

s/Patrick S. Scott
Patrick S. Scott

\823538\5200 - # 2676488 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., a
Financial institution, LAW OFFICES OF
MARSHALL C. WATSON, P.A. a/k/a
CHOICE LEGAL GROUP, P.A., a Florida
Professional association; and CPCC
DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity,

    Defendants.
_____/

Case No. 9:13-cv-80720-KAM

## ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Without holding a hearing, the court considered the Defendants' Motion for Enlargement of Time to Reply to Response to Defendants' Motion to Dismiss Amended Complaint [DE __]. For good cause shown, it is **ORDERED** that the motion is granted. The defendants, JPMorgan Chase Bank, N.A. and CPCC Delaware Business Trust a/k/a CPCC Delaware Statutory Trust shall have through January 5, 2014, to reply to Plaintiff's Response in Opposition to the Defendants' Motion to Dismiss Amended Complaint [DE 33].

    **DONE and ORDERED** in Chambers in West Palm Beach Florida on _____.

                                                _____
                                                KENNETH A. MARRA
                                                United States District Judge

Copies furnished to: John Pinson, *pro se* plaintiff, and counsel for all defendants



EXHIBIT A