UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.   9:13-cv-80720-KAM

**John Pinson,**

      Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

      Defendants/

**PLAINTIFF'S MOTION TO APPROVE PLAINTIFF'S SCHEDULING REPORT, PROPOSED DISCOVERY PLAN AND PROTECTIVE ORDER**

**COMES NOW** the Plaintiff *pro se*, John Pinson, who Moves this Honorable Court for an Order approving the *pro se* Plaintiff's Scheduling Report, Proposed Discovery Plan and Protective Order [DE 39], and in support thereof states as follows:

1. On November 12, the parties conducted a discovery conference pursuant to Fed. R. Civ. P. 26(f) and the court's August 1, 2013 Order [DE 5].

2. On December 9, the parties conducted a scheduling conference pursuant to Local Rule 16.1(b) and the court's August 1, 2013 Order [DE 05].

3. On December 19, 2013, the Plaintiff *pro se* arrived at a settlement with the Defendant Law Office of Marshall Watson, P.A., a/k/a Choice Legal Group, P.A. [DE 35], and therefore Marshall Watson/ Choice is not included in this motion and its related documents.

4. The Joint Scheduling Report and Discovery Plan were due on December 23, 2013. See DE 5 and DE 34. Plaintiff *pro se* did timely file his individually.

5. The Plaintiff *pro se* and the Defendants were not able to reach an accord on the Scheduling Report or the Discovery Plan, therefore, in an effort to comply with the Court's Order, the *pro se* did file Plaintiff's Scheduling Report, Proposed Discovery Plan and Protective Order [DE 39], on December 23, 2013.

6. This case is not yet at issue. Defendants' motion to dismiss [DE 17] is pending. Defendants did motion to extend time to file a reply [DE 37].

## CERTIFICATE OF GOOD FAITH

7. Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with counsel for the Defendant by telephone on December 23, 2013; counsel for the Defendant agreed the *pro se* Plaintiff may file what he deems necessary under the circumstances.

**WHEREFORE**, the Plaintiff *pro se* hereby Moves this Honorable Court to enter an Order approving *pro se* Plaintiff's Scheduling Report, Proposed Discovery Plan and Protective Order [DE 39].

Dated: December 26, 2013

Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 26, 2013

John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
Attorney for Defendant:
JPMorgan Chase Bank, N.A.

Robert A. Bouvatte Jr., Esq.
rbouvatte@conroysimberg.com
Conroy, Simberg, P.A.
3440 Hollywood Blvd., Second Floor
Hollywood, FL 33021
Phone: (954) 961-1400
Fax: (954) 967-8577
Attorney for Defendant:
Law Office of Marshall Watson, P.A.,
a/k/a Choice Legal Group, P.A.

Patrick S. Scott, Esq.
patrick.scott@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust