UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80720-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution,
LAW OFFICES OF MARSHALL C. WATSON, P.A.,
a/k/a CHOICE LEGAL GROUP, P.A., a
professional association,

Defendants.
_____/

**ORDER**

This cause is before the Court upon Defendants' Motion to Approve Scheduling Report and Discovery Plan Report (DE 36) and *pro se* Plaintiff's Motion to Approve Plaintiffs' Scheduling Report, Proposed Discovery Plan and Protective Order (DE 40).

The parties have indicated to the Court the need to file unilateral scheduling reports. The parties do, however, agree that many of the scheduling dates should be set based on when the case is at issue (i.e., once the Court resolves the pending motions to dismiss). As such, the Court will defer issuing its scheduling report until the motions to dismiss, which are not yet ripe, are resolved.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to Approve Scheduling Report and Discovery Plan Report (DE 36) and *pro se* Plaintiff's Motion to Approve Plaintiffs' Scheduling Report, Proposed Discovery Plan and Protective Order (DE 40) are **DENIED WITHOUT PREJUDICE**. The Court will issue its scheduling report, if

appropriate, once the motions to dismiss have been resolved.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of January, 2014.

                                            _____
                                            KENNETH A. MARRA
                                            United States District Judge