UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PINSON,

    Plaintiff,                                  Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, N.A., a
Financial institution, LAW OFFICES OF
MARSHALL C. WATSON, P.A. a/k/a
CHOICE LEGAL GROUP, P.A., a Florida
Professional association; and CPCC
DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity,

    Defendants.
_____/

## DISCLOSURE STATEMENT

Pursuant to Federal Rule 7.1, JPMorgan Chase Bank, N.A. discloses that it is owned 100% by JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly traded company on the New York Stock Exchange, Stock (Ticker) Symbol: JPM. No publicly-held corporation owns 10% or more of JPMorgan Chase & Co.'s stock.

Dated: January 3, 2014

**GRAYROBINSON, P.A.**
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL  33301
Telephone:    (954) 761-8111
Facsimile:    (954) 761-8112
*Counsel for JPMorgan Chase Bank and
CPCC Delaware Business Trust*

s/Patrick S. Scott
Thomas H. Loffredo
Florida Bar No.: 870323
thomas.loffredo@gray-robinson.com
Patrick S. Scott
Florida Bar No. 290025

patrick.scott@gray-robinson.com  
Michael D. Lessne  
Fla. Bar No. 0073881  
michael.lessne@gray-robinson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served electronically upon all parties that have registered for the CM/ECF service list and mailed to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401 this 3rd day of January, 2014.

s/Patrick S. Scott  
Patrick S. Scott

\823538\5200 - # 2685247 v1