UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PINSON,

    Plaintiff,                                     Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, N.A., a
Financial institution, LAW OFFICES OF
MARSHALL C. WATSON, P.A. a/k/a
CHOICE LEGAL GROUP, P.A., a Florida
Professional association; and CPCC
DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity,

    Defendants.
_____/

**AMENDED CERTIFICATE OF SERVICE**
**TO DEFENDANTS' MEMORANDUM OF LAW REPLYING**
**TO RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT**

    I HEREBY CERTIFY that a true and correct copy of the Defendants' Memorandum of Law Replying to Response to Motion to Dismiss Amended Complaint [DE 43] was served via electronic mail through the court's CM/ECF system to those parties who are registered users on January 6, 2014.  I FURTHER CERTIFY that a true and correct copy was served via U.S. first class mail to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401 this 7th day of January, 2014.

| | |
|---|---|
| Dated: January 7, 2014 | **GRAYROBINSON, P.A.**<br>401 E. Las Olas Blvd., Suite 1850<br>Fort Lauderdale, FL  33301<br>Telephone:     (954) 761-8111<br>Facsimile:     (954) 761-8112<br>*Counsel for JPMorgan Chase Bank and*<br>*CPCC Delaware Business Trust*<br><br>s/Thomas H. Loffredo_____<br>Thomas H. Loffredo<br>Florida Bar No. 870323<br>thomas.loffredo@gray-robinson.com |

\823538\5200 - # 2696121 v1