UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PINSON,

    Plaintiff,                                           Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, N.A., a
Financial institution, LAW OFFICES OF
MARSHALL C. WATSON, P.A. a/k/a
CHOICE LEGAL GROUP, P.A., a Florida
Professional association; and CPCC
DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity,

    Defendants.
_____/

## DISCLOSURE STATEMENT

       Pursuant to Federal Rule 7.1, CPCC Delaware Statutory Trust discloses that it is wholly owned by Chase Preferred Capital LLC, which is wholly owned by J.P. Morgan International Holdings Limited, which is wholly owned by JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly traded company on the New York Stock Exchange, Stock (Ticker) Symbol: JPM. No publicly-held corporation owns 10% or more of JPMorgan Chase & Co.'s stock.

| | |
|---|---|
| Dated: January 7, 2014 | **GRAYROBINSON, P.A.**<br>401 E. Las Olas Blvd., Suite 1850<br>Fort Lauderdale, FL  33301<br>Telephone:     (954) 761-8111<br>Facsimile:     (954) 761-8112<br>*Counsel for JPMorgan Chase Bank and*<br>*CPCC Delaware Business Trust*<br><br>s/Thomas H. Loffredo<br>Thomas H. Loffredo<br>Florida Bar No.: 870323<br>thomas.loffredo@gray-robinson.com<br>Patrick S. Scott<br>Florida Bar No. 290025<br>patrick.scott@gray-robinson.com<br>Michael D. Lessne<br>Fla. Bar No. 0073881<br>michael.lessne@gray-robinson.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served electronically upon all parties that have registered for the CM/ECF service list and mailed to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401 this 7th day of January, 2014.

s/Thomas H. Loffredo<br>
Thomas H. Loffredo

\823538\5200 - # 2685697 v1