UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80720-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution,
LAW OFFICES OF MARSHALL C. WATSON, P.A.,
a/k/a CHOICE LEGAL GROUP, P.A., a
professional association,

Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Dismissal (DE 46). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the claims against Defendant Law Offices of Marshall C. Watson, P.A. a/k/a Choice Legal Group, P.A. are dismissed with prejudice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of January, 2014.

_____
KENNETH A. MARRA
United States District Judge