UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80720-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution,
LAW OFFICES OF MARSHALL C. WATSON, P.A.,
a/k/a CHOICE LEGAL GROUP, P.A., a
professional association,

Defendants.
_____/

## ORDER

This cause is before the Court *sua sponte*.

In light of the dismissal with prejudice of the case against Defendant Marshall C. Watson, P.A. a/k/a Choice Legal Group, P.A., the Motion to Dismiss (DE 14) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of March, 2014.

_____
KENNETH A. MARRA
United States District Judge