FILED by _____ D.C.

APR 03 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 9:13-cv-80720-KAM

John Pinson, *pro se*

      Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

      Defendants/

## PLAINTIFF *PRO SE'S* UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED COMPLAINT

COMES NOW, the Plaintiff *pro se*, John Pinson, who hereby respectfully requests that the Honorable Court grant him an Enlargement of Time of fourteen (14) days, through and including April 22, 2014, to prepare and file a Second Amended Complaint, and in support thereof the Plaintiff *pro se* states:

### PRELIMINARY STATEMENT

1. On August 26, 2013, the Plaintiff *pro se* filed his Amended Verified Complaint [DE 06].

2. On October 24, 2013 Defendants filed their Motion to Dismiss [DE 17], and accordingly Plaintiff *pro se 's* filed his response on December 12, 2013 [DE 33].

3. On March 26, 2014 the Court entered an Order [DE 49] denying the motion to dismiss [DE 17] without prejudice and permitting Plaintiff pro se to "file a Second Amended Complaint within 14 days of the date of entry of this Order" [DE 49].

4.  Plaintiff is *pro se* and does not have a support staff, and because of the Court's analysis and directions within the Order [DE 49], and because of personal and business commitments and time constraints, the Plaintiff *pro se* needs additional time to research the matter and properly draft and file a Second Amended Complaint.

5.  This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with counsel for the Defendant by electronic mail, and that March 31, 2014, counsel for the Defendant stated he is unopposed to the relief requested by *pro se* (see attached Exhibit A).

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting this unopposed motion allowing Plaintiff an enlargement of time of fourteen days (14) days, through and including April 22, 2014, within which to prepare and file a Second Amended Complaint.

Dated: April 2, 2014          Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed April 2, 2014

_____
John Pinson

## Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.


Patrick S. Scott, Esq.
patrick.scott@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust

Case No. 9:13-cv-80720-KAM

# "Exhibit A"

John Pinson v. JPMorgan Chase Bank, N.A., et al.



## John D Pinson

| | |
|---|---|
| **From:** | Michael D. Lessne, CPA <Michael.Lessne@gray-robinson.com> |
| **Sent:** | Monday, March 31, 2014 4:00 PM |
| **To:** | 'John D Pinson' |
| **Cc:** | Abby Srour |
| **Subject:** | RE: Pinson v. Chase et. al.; Case No. 2013-civ-80720-KAM |

Hi Mr. Pinson:

I am sorry that I missed your call.  An additional 14-day extension to 4/22 is acceptable, so long as you agree not to file a motion for default against the defendants during that interim period.  I will be sending you a separate email regarding settlement.

Thank you.

Sincerely,

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, March 31, 2014 3:50 PM
**To:** Michael D. Lessne, CPA
**Cc:** Abby Srour
**Subject:** Pinson v. Chase et. al.; Case No. 2013-civ-80720-KAM
**Importance:** High

Mr. Lessne,

I am in receipt of, by mail, the Court's Order [DE 49] denying your motion to dismiss without prejudice and instructing me to file a second amended complaint ("SAC"). I just tried to reach you by telephone to discuss this matter, and left you a detailed voice mail message.

Because of personal and business commitments and time constraints, and based on the Court's analysis and directions within the Order, I would need additional time to research and properly draft the SAC.

Therefore, I intend to request a 14 day enlargement of time to file my second amended verified complaint.

Please respond with your concurrence or objection by noon Wednesday so I may properly draft my request for relief from the court.

Thank you for your kind consideration, for which I hope to reciprocate if needed.

Sincerely,

John Pinson
561-329-2524
john@pinson.com

**Michael D. Lessne, CPA**
Attorney at Law



1

GrayRobinson, P.A.
401 East Las Olas Blvd., Suite 1000
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301
Main: 954-761-8111 | Fax: 954-761-8112
Direct: 954-761-7501 |
Email: michael.lessne@gray-robinson.com
## GRAY | ROBINSON
ATTORNEYS AT LAW

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

