AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| John Pinson | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:13-cv-80720-KAM |
| JPMORGAN CHASE & CO., et. al. | ) | |
| *Defendant(s)* | ) | |

FILED by ___ D.C.
APR 22 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JPMORGAN CHASE & CO
270 PARK AVENUE, NEW YORK, NY 10017
c/o Registered Agent:
C T Corporation System
1200 South Pine Island Road, Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____04/22/2014____   _____
*Signature of Clerk or Deputy Clerk*