# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO.   9:13-cv-80720-KAM

**John Pinson,**

    Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

    Defendants/

## PLAINTIFF *PRO SE'S* AMENDED CERTIFICATION OF INTERESTED PARTIES

Plaintiff *pro se*, John Pinson, hereby serves this certification of interested parties in the above styled cause of action. To the best of Plaintiff *pro se's* knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

**Plaintiff:**

John Pinson, *pro se*

**Defendants:**

JPMorgan Chase Bank, N.A.

CPCC Delaware Business Trust, a/k/a CPCC Delaware Statutory Trust

JPMorgan Chase & Co.

Dated: May 16, 2014

Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed May 16, 2014

John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
JPMorgan Chase & Co.

Patrick S. Scott, Esq.
patrick.scott@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant:*
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust