# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Sourtern District of Florida

FILED by _____ D.C.

**JUN 0 3 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case Number: 13-CV-80720-KAM


JGS2014005588

Plaintiff:
**John Pinson,**

vs.

Defendant:
**JPMorgan Chase Bank, National Association, a financial institution: et al,**

For:
John Pinson
526 Westwood Road
West Palm Beach, FL  33401

Received by Process Servers 365 on the 12th day of May, 2014 at 3:02 pm to be served on **JP Morgan Chase Bank, National Association By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.**

I, Amy Roby, do hereby affirm that on the **13th day of May, 2014** at **2:35 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons In A Civil Action and  Second Ameded Verified Complaint** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **JP Morgan Chase Bank, National Association**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff  appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the  JUDICIAL CIRCUIT in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**Amy Roby**
ASPS #443

**Process Servers 365**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**
Our Job Serial Number: JGS-2014005588

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n