UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:13-cv-80720-KAM

FILED by _____ D.C.

JUN 03 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

John Pinson, *pro se*

    Plaintiff

vs

JPMORGAN CHASE BANK, N.A., et. al.

    Defendants/

## PLAINTIFF *PRO SE'S* UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, the Plaintiff *pro se*, John Pinson, who hereby respectfully requests that the Honorable Court grant him an Enlargement of Nineteen (19) days, through and including June 25, 2014, to prepare and submit his response to the Defendant's, JPMorgan Chase Bank, N.A. ("Chase"), CPCC Delaware Business Trust ("CPCC"), and JPMorgan Chase & Co. ("JPMC") (together, the "Defendants"), Motion to Dismiss Second Amended Verified Complaint With Prejudice, and in support thereof the Plaintiff *pro se* states:

### PRELIMINARY STATEMENT

1. On April 22, 2014, Plaintiff *pro se* filed his Second Amended Verified Complaint [DE 52].

2. On May 20, 2014 Defendants filed their Motion to Dismiss [DE 58], and accordingly Plaintiff *pro se's* response is due by June 6, 2014.

3. Nine days later, on May 29, 2014, Plaintiff *pro se* received Defendant's Motion to Dismiss by US Mail; the Certificate of Service fails to indicate service to Plaintiff by Mail. The *pro se* does not participate in CM/ECF and has not waved service by US Mail under Rule 5.

4. Plaintiff is *pro se* and does not have a support staff, and the Defendant has filed a lengthy, twenty (20) page, motion to dismiss. Because of personal and business commitments and time constraints, and because of the receipt delay in serving/mailing the motion, the Plaintiff *pro se* needs additional time to research and respond properly to the Defendants' motion.

5. This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested. By and through its counsel, Defendants Chase, CPCC, and JPMC, have confirmed that they are unopposed to the extension of nineteen (19) days for Plaintiff *pro se* to respond to their Motion to Dismiss.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), the Plaintiff *pro se* hereby certifies that he conferred with counsel for the Defendant by electronic mail, and that May 30, 2014, counsel for the Defendant stated they are unopposed to the relief requested (see attached Exhibit A).

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting this unopposed motion allowing Plaintiff an enlargement of time of nineteen (19) days, through and including June 25, 2014, within which to prepare and submit his response to the Defendants, Chase, CPCC, and JPMC's, Motion to Dismiss; and, any other relief as deemed equitable and just.

Dated: June 2, 2014            Respectfully Submitted,

 

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed June 2, 2014

John Pinson

## Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33131
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendant(s):*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.

# Exhibit "A"



**John D Pinson**

**From:** Michael D. Lessne, CPA <Michael.Lessne@gray-robinson.com>
**Sent:** Friday, May 30, 2014 2:30 PM
**To:** 'John D Pinson'
**Cc:** Tom Loffredo
**Subject:** RE: Pinson v. Chase et. al.; Case No. 2013-civ-80720-KAM

Mr. Pinson, my clients do not have any opposition to your request for an extension through June 25.

Thank you.

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Friday, May 30, 2014 2:02 PM
**To:** Michael D. Lessne, CPA
**Cc:** Tom Loffredo
**Subject:** Pinson v. Chase et. al.; Case No. 2013-civ-80720-KAM

Mr. Loffredo & Mr. Lessne,

I am now in receipt of your motion to dismiss my second amended complaint that only arrived in the mail May 29, 2014 though it appears signed and dated May 20, 2014.

As a pro se I do not participate in CM/ECF and thus do not receive CM/ECF service; the certificate of service states only that it was served via CM/ECF but does not have a service list, and it does not indicate you served it by mail to me.

Please timely serve documents by mail, as I have not and will not waive service by mail under Rule 5, in order to avoid any future miscommunications or misunderstandings.

Because of personal and business commitments and time constraints, and also because of the receipt delay in serving/mailing me the document, I would need additional time to research and respond properly to your twenty page motion to dismiss. I do not have a support staff or research department.

I intend to request a 19 day enlargement of time to respond to your motion in order to cover the time lost in serving/mailing (5 days) and just as the Defendants requested (14 days) of me previously which I did not oppose, and under the circumstances I trust you will afford me the same courtesy and understanding here; the 19 day request is through and including June 25, 2014.

Please respond with your concurrence or objection by end of business Monday so I may properly draft my request for relief from the court.

Sincerely,

John

John Pinson
561-329-2524
john@pinson.com

1



**Michael D. Lessne, CPA**
Attorney at Law
GrayRobinson, P.A.
401 East Las Olas Blvd., Suite 1000
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301
Main: 954-761-8111 | Fax: 954-761-8112
Direct: 954-761-7501 |
Email: michael.lessne@gray-robinson.com
**GRAY | ROBINSON**
ATTORNEYS AT LAW

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

2

