UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

       Plaintiff,                              Case No. 9:13-cv-80720-KAM

_____/

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

       Defendants.
_____/

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION [DE 63]
TO STRIKE MORTGAGE ATTACHED AS EXHIBIT "A" TO MOTION
TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

      The defendants, JPMorgan Chase Bank, National Association ("Chase Bank"), CPCC Delaware Business Trust ("CPCC"), and JPMorgan Chase & Co ("JPMC"), file this response in opposition to the plaintiff, John Pinson's, motion [DE 63] seeking to have the court strike the Mortgage dated December 23, 2005, between John D. Pinson and JPMorgan Chase Bank, NA, recorded in OR Book 19751, Pg. 36 in the Official Records of Palm Beach County, Florida (the "Mortgage"), which the defendants' attached as Exhibit A to their Motion to Dismiss Defendants' Dismiss Second Amended Verified Complaint *With Prejudice* and Memorandum of Law in Support [DE 58], and request the court take judicial notice of Mortgage, and state:

      1.     As an initial matter, the defendants have cured the plaintiff's objection to the authenticity of the Mortgage by filing a certified copy of the Mortgage with the court. *See* DE 64. The certified copy is self-authenticating pursuant to Fed. R. Evid. 902(4).

2. The court may take judicial notice of the Mortgage pursuant to Fed. R. Evid. 201, and the defendants request the court do so to show that JPMorgan Chase Bank, N.A. is the original lender of the debt at issue. *See* Fed. R. Evid. 201 (court may take judicial notice of a fact that is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned"); *See, e.g., Correa v. BAC Home Loans Servicing LP*, 2012 WL 1176701, *4 (M.D. Fla. 2012) (district court took judicial notice of mortgage in evaluating motion to dismiss a complaint for violations of the Fair Debt Collection Practice Act).

3. The court may consider the Mortgage without converting the motion to dismiss into a motion for summary judgment. *See Correa v. BAC Home Loans Servicing LP*, 2012 WL at *4 (considering judicially noticed mortgage attached as exhibit by defendant at motion to dismiss stage). "This is permitted 'if the attached document is (1) central to the plaintiff's claim and (2) undisputed.'" *Id.* (quoting *Day v. Taylor*, 400 F.3d 1272, 1276 (11th Cir.2005) (citing *Horsley v. Feldt*, 304 F.3d 1125, 1134 (11th Cir.2002)). "In this context, 'undisputed' means that the authenticity of the document is not challenged." *Day v. Taylor,* 400 F.3d at 1276 (citing *Horsley v. Feldt,* 304 F.3d at 1134). Here, like in *Correa,* the Mortgage is central to the plaintiff's FDCPA allegations against the defendants, and since the authenticity is not in dispute, the court may consider it at this stage. *Correa v. BAC Home Loans Servicing LP*, 2012 WL at *4; *see also Universal Express, Inc. v. SEC*, 177 F.App'x 52,53 (11th Cir. 2006 (per curiam) (finding that a district court may consider public records without converting a motion to dismiss into a motion for summary judgment).

**WHEREFORE**, the Defendants request the entry of an order denying the plaintiff's motion to strike [DE 63] and taking judicial notice of the Mortgage.

Dated: July 21, 2014.

**GRAYROBINSON, P.A.**
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL  33301
Telephone:    (954) 761-8111
Facsimile:     (954) 761-8112
*Counsel for Defendants*

s/Michael D. Lessne
Michael D. Lessne
Fla. Bar No. 0073881
michael.lessne@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on this 21st day of July, 2014, (a) electronically upon all parties that have registered for the CM/ECF service list and (b) by first class mail and email to:

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

s/Michael D. Lessne
Michael D. Lessne

\823538\5200 - # 3075793 v1