UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

       Plaintiff,                              Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

       Defendants.
_____/

**CERTIFICATE OF SERVICE RE: DEFENDANTS' NOTICE OF FILING
CERTIFIED COPY OF RECORDED MORTGAGE [DE 64]**

      WE HEREBY CERTIFY that a true copy of the Defendants' Notice of Filing Certified Copy of Recorded Mortgage [DE 64] has been served electronically upon all parties that have registered for the CM/ECF service list, and by first class mail and email to: John Pinson, 526 Westwood Road, West Palm Beach, FL 33401, john@pinson.com.

      Dated: July 21, 2014.                **GRAYROBINSON, P.A.**
                                                       401 E. Las Olas Blvd., Suite 1850
                                                       Fort Lauderdale, FL  33301
                                                       Telephone:    (954) 761-8111
                                                       Facsimile:     (954) 761-8112
                                                       *Counsel for Defendants*

                                                        s/Michael D. Lessne
                                                       Michael D. Lessne
                                                       Fla. Bar No. 0073881
                                                       michael.lessne@gray-robinson.com

\823538\5200 - # 3077574 v1