UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-80720-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution, et al.,

    Defendants.

_____/



FILED by ___ D.C.
NOV 1 2 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING EXPEDITED RESPONSE

THIS CAUSE is before the Court upon Defendants, JPMorgan Chase Bank, National Association, CPCC Delaware Business Trust, and JPMorgan Chase & Co.'s ("Defendants") Motion for Protective Order ("Motion") [DE 77]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 75.

In light of the upcoming discovery deadline on November 28th, the Court hereby **DIRECTS** Plaintiff, John Pinson, to file a written response to Defendants' Motion **on or before Friday, November 21, 2014.** No reply shall be filed.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of November, 2014.

                                                  WILLIAM MATTHEWMAN
                                                United States Magistrate Judge

cc:    John Pinson, pro se
        526 Westwood Road
        West Palm Beach, FL 33401