UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

      Plaintiff,                                  Case No. 9:13-cv-80720-KAM

_____/

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

      Defendants.
_____/

**DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO DISCOVERY**

      Defendants, JPMorgan Chase Bank, National Association ("Chase"), CPCC Delaware Business Trust ("CPCC"), and JPMorgan Chase & Co. ("JPMC&CO"), by and through their undersigned attorney and pursuant to Federal Rule 6(b), seek the entry of an order enlarging the time for time for Defendants to respond to the outstanding discovery requests until at least 14 days after the Court rules on Defendants' Motion for Protective Order [DE 77], to the extent required by the Court, and state as follows:

      1.      On October 2, 2014, the Court permitted Plaintiff to conduct adequate discovery solely on the narrow issue raised by the filing of a certified copy of the mortgage—whether Chase is excluded from the FDCPA 's definition of a "debt collector." *See* Order dated October 2, 2014 [DE 75].

1

2. On October 21, Plaintiff propounded a set of requests for documents, requests for admissions, and interrogatories upon each Defendant.

3. On November 11, Defendants filed their Motion for Protective Order seeking to limit the discovery to the scope permitted by the Court (a) by protecting CPCC and JPMC&CO from having to respond to any discovery requests and (b) by protecting Chase from having to respond to any requests other than certain of the Interrogatories; and from having to produce any documents other than the original note and mortgage in response to Request for Production Nos. 2 and 5.  Defendants reserve their rights to object to any of the requests to which they are required to respond.

4. Responses to the discovery requests are currently due on November 20, without regard to the Motion for Protective Order.

5. At this time, Defendants seek an extension of time to respond to the discovery requests, to the extent required by the Court, until at least 14 days after the Court rules on the Motion for Protective Order.  Defendants request this extension in order to properly respond to the requests depending on the outcome of the Court's ruling.  Chase is currently undergoing a review of the responses to the request to produce and request for admissions and a review verification of the answer to interrogatories, and will provide them as soon as they are completed.  To the extent necessary, Defendants may require additional time beyond this requested extension, but will make those requests as needed.

6. Undersigned counsel has sought Plaintiff's consent by email to the relief requested in this motion, but have not received a response by the time of filing.  Accordingly, the undersigned counsel certifies that he has made reasonable efforts to confer with Plaintiff, but has been unable to do so.

**WHEREFORE**, Defendants, JPMorgan Chase Bank, National Association, CPCC Delaware Business Trust, and JPMorgan Chase & Co., seek the entry of an Order enlarging the time for them to respond to the outstanding discovery for at least 14 days after the Court rules on Defendants' Motion for Protective Order, to the extent required by the Court, and for such other relief that is just and proper.

Dated: November 20, 2014.

**GRAYROBINSON, P.A.**
401 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Telephone:    (954) 761-8111
Facsimile:    (954) 761-8112
*Counsel for Defendants*

s/ Michael D. Lessne
Thomas H. Loffredo
Fla. Bar No. 870323
Michael D. Lessne
Fla. Bar No. 73881
michael.lessne@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on this 20th day of November, 2014, (a) electronically upon all parties that have registered for the CM/ECF service list and (b) by first class mail and email to:

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

                                                        s/ Michael D. Lessne
                                                        Michael D. Lessne

\823538\5200 - # 3288791 v1