UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-80720-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution, et al.,

    Defendants.

_____/



## ORDER GRANTING IN PART DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY [DE 79]

THIS CAUSE is before the Court upon Defendants, JPMorgan Chase Bank, National Association, CPCC Delaware Business Trust, and JPMorgan Chase & Co.'s ("Defendants") Motion for Enlargement of Time to Respond to Discovery ("Motion") [DE 79]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 75.

On October 11, 2014, Defendants filed a Motion for Protective Order [DE 77] seeking the entry of a protective order specifying the terms of discovery in the case and limiting the number of discovery requests propounded by Plaintiff, John Pinson, to which Defendants are required to respond. The Court then ordered Plaintiff to file an expedited response to the Motion for Protective Order on or before November 21, 2014. *See* DE 78. Defendants' discovery responses to Plaintiff's requests for production, requests for admissions, and interrogatories were due on November 20, 2014, however.

1

There is no need to wait for Plaintiff's response to this Motion as it would be illogical for the Court to require Defendants to respond to Plaintiff's discovery requests before the Court has had the opportunity to rule upon Defendants' Motion for Protective Order.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion for Enlargement of Time to Respond to Discovery [DE 79] is **GRANTED IN PART**. The Court will stay the deadline for Defendants' discovery responses until it has ruled upon Defendants' Motion for Protective Order [DE 77]. If the Court determines that the Motion for Protective Order should be denied in part or entirely, it will set a new deadline for Defendants' discovery responses by separate Order.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of November, 2014.

WILLIAM MATTHEWMAN
United States Magistrate Judge

cc: John Pinson, pro se
526 Westwood Road
West Palm Beach, FL 33401

2