

FILED BY _____ D.C.

NOV 2 6 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:13-cv-80720-KAM

John Pinson,

    Plaintiff

vs

JPMORGAN CHASE BANK, N.A., et. al.

    Defendants/

## PLAINTIFF'S NOTICE OF DISPUTE

1. On October 21, 2014, Plaintiff pro se, John Pinson, served discovery on each defendant including Interrogatories, Requests for Production and Requests for admissions. These requests are relevant to the issues. Responses were due November 20, 2014.

2. Plaintiff provides notice that the parties have a dispute regarding the scope and relevance of the Discovery propounded by Plaintiff and the Defendants request for extension of time to respond to discovery.

3. Defendants filed a Motion for Protective Order on November 11, 2014. Plaintiff filed his opposition to the motion on November 21, 2014. Plaintiff objected to discovery limitations under FRCP Rule 46.

4. Defendants did not answer any of the Plaintiff's discovery request or object to any discovery request or assert any privilege.

5. Defendants filed a Motion for Enlargement of Time to Respond to Discovery on November 20, 2014, the same day discovery responses were due. On November 21, 2014, the Court ruled in part Ordering a stay on discovery.

6. But for the stay, Plaintiff would file motions to compel and to deem admissions admitted.

7. Plaintiff intends to file a response in opposition to the Motion for Enlargement of Time to Respond to Discovery.

8. Plaintiff contends that Defendants failed to attempt to resolve matters in "good faith", between the parties, without the court's intervention, as required by Local Rule 7.1(a)(3) and is reason enough to deny the motions and impose sanctions on counsel.

9. Plaintiff Requests for a Hearing on the Defendants discovery motions.

Dated: November 25, 2014

Respectfully Submitted,

*signature*

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed November 25, 2014

*signature*

John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.

Michael D. Lessne, Esq.
Michael.lessne@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.