UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:13-cv-80720-KAM

John Pinson,

    Plaintiff

vs

JPMORGAN CHASE BANK, N.A., et. al.

    Defendants/

FILED BY _____ D.C.
NOV 26 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S REQUEST FOR HEARING

1. Defendant's Motion for Protective Order [DE 77] was filed on November 11, 2014, and Plaintiff filed his response in opposition on November 21, 2014.

2. In his response in Opposition, Plaintiff Objected to discovery limits, under FRCP Rule 46.

3. Defendant's Motion for Enlargement of Time to Respond to Discovery [DE 79] was filed on November 20, 2014, the same day discovery was due. The Court Granted the motion in part, staying discovery. Plaintiff is opposed to this motion and intends to file an opposition brief.

4. Plaintiff filed a Notice of Discovery Dispute, and further believes Defendants actions are tactically dilatory. Additionally, Defendants failed to attempt to resolve matters in "good faith", between the parties, without the court's intervention, as required by Local Rule 7.1(a)(3) and is reason enough to deny the motions and impose sanctions on counsel.

5. Although a hearing on Defendants motion for protective order and motion to extend time to answer discovery is not for receipt of evidence, Plaintiff believes the issues are complex, and a hearing to allow the parties to argue their positions would be helpful to the Court.

6. Defendants seek a protective order to avoid or limit discovery. Plaintiff objected to discovery limits under FRCP Rule 46. Further Plaintiff asserts his discovery requests are reasonable,

relevant to the issues, within permitted scope, and thus will lead to the discovery of admissible evidence as provided in FRCP Rule 26(b).

7. Defendants seek an enlargement of time to answer Plaintiff's discovery requests. Plaintiff is opposed to such enlargement as the motion was filed at the 11th hour on the afternoon the discovery responses were due. Defendants seek 15 days after this court's ruling on the motion for protective order, and further indicate they will move for additional time to answer. Moreover, the Local Rules Discovery Handbook VI(B) warns that "counsel should be aware that the mere filing of a motion for a protective order does not, absent an order of the Court granting the motion, excuse the moving party from complying with the discovery requested or scheduled. Here, Defendants have failed to answer any discovery or object to any discovery or assert any privilege.

8. Plaintiff therefore asks the Court to set these discovery motions for hearing.

9. The pro se Plaintiff cannot estimate the time for this hearing.

10. This request for a hearing complies with Local Rule 7.1(b)(2).

**WHEREFORE**, Plaintiff pro se respectfully requests the Court to set these discovery motions for hearing.

Dated: November 25, 2014   Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed November 25, 2014

John Pinson

### Service List

| | |
|---|---|
| Thomas H Loffredo, Esq. | Michael D. Lessne, Esq. |
| tom.loffredo@gray-robinson.com | Michael.lessne@gray-robinson.com |
| Gray Robinson, P.A. | Gray Robinson, P.A. |
| 401 E. Las Olas Blvd., Ste. 1000 | 401 E. Las Olas Blvd., Ste. 1000 |
| Ft. Lauderdale, FL 33301 | Ft. Lauderdale, FL 33301 |
| Phone: (954) 761-8111 | Phone: (954) 761-8111 |
| Fax: (954) 761-8112 | Fax: (954) 761-8112 |
| *Attorney for Defendants:* | *Attorney for Defendants:* |
| JPMorgan Chase Bank, N.A.; | JPMorgan Chase Bank, N.A.; |
| CPCC Delaware Business Trust, | CPCC Delaware Business Trust, |
| a/k/a CPCC Delaware Statutory Trust; | a/k/a CPCC Delaware Statutory Trust; |
| JPMorgan Chase & Co. | JPMorgan Chase & Co. |