UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-80720-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. On November 26, 2014, the Court entered an Order granting Defendants, JPMorgan Chase Bank, National Association, CPCC Delaware Business Trust, and JPMorgan Chase & Co.'s (collectively, "Defendants") Motion for Protective Order [DE 77]. *See* DE 83. It has since been brought to the Court's attention that the Clerk's Office inadvertently attached the wrong exhibits to Plaintiff, John Pinson's response to Defendant's Motion for Protective Order. *See* DEs 81, 88.

The Court has carefully reviewed the corrected exhibits [DE 88], which reflect the correspondence between Plaintiff and defense counsel regarding their discovery issues. In light of the fact that the District Judge previously limited discovery at this point in the proceedings to two specific issues listed in the Court's October 2nd Order [DE 75], the new exhibits do not give the Court any reason to change its previously entered Order granting Defendant's Motion for Protective Order [DE 83]. Moreover, the correspondence in the corrected exhibits does not

1

convince the Court that defense counsel failed to confer sufficiently with Plaintiff in good faith before filing Defendants' Motion for Protective Order.

Based on the foregoing, it is hereby **ORDERED** that the Court's November 26, 2014 Order granting Defendants' Motion for Protective Order [DE 83] shall remain in force despite the recent correction of the exhibits attached to Plaintiff's response to the motion.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of December, 2014.

WILLIAM MATTHEWMAN
United States Magistrate Judge

cc:   John Pinson, pro se
      526 Westwood Road
      West Palm Beach, FL 33401