UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-80720-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution, et al.,

    Defendants.

_____/



## ORDER DENYING PLAINTIFF'S REQUEST FOR HEARING [DE 85]

THIS CAUSE is before the Court upon Plaintiff, John Pinson's Request for Hearing [DE 85]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 75.

Plaintiff seeks a hearing on Defendants, JPMorgan Chase Bank, National Association, CPCC Delaware Business Trust, and JPMorgan Chase & Co.'s (collectively, "Defendants") Motion for Protective Order [DE 77] and on Defendants' Motion for Extension of Time to Complete Discovery [DE 79]. The Court has already issued Orders on both of these motions because it did not find any need to hold a hearing on the motions due to the clear-cut nature of the discovery issues in this case. *See* DEs 80, 83.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Request for Hearing [DE 85] is **DENIED AS MOOT**.

1

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of December, 2014.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge

cc:   John Pinson, pro se
      526 Westwood Road
      West Palm Beach, FL 33401