UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

       Plaintiff,                                Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

       Defendants.
_____/

## CERTIFICATE OF SERVICE OF JPMORGAN CHASE BANK, N.A.'S ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

WE CERTIFY that a true copy of the Defendant, JPMorgan Chase Bank, N.A.'s Answer to Plaintiff's First Set of Interrogatories was served by email on December 5, 2014 to John Pinson at john@pinson.com, and that the original was served by first class mail on December 8, 2014 to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401.

Dated: December 10, 2014.

**GRAYROBINSON, P.A.**
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL  33301
Telephone:    (954) 761-8111
Facsimile:     (954) 761-8112
*Counsel for Defendants*

s/Michael D. Lessne
Michael D. Lessne
Fla. Bar No. 0073881
michael.lessne@gray-robinson.com

\823538\5200 - # 3311591 v1