UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

       Plaintiff,                            Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

       Defendants.
_____/

**CERTIFICATE OF SERVICE OF JPMORGAN CHASE BANK, N.A.'S
RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

     WE CERTIFY that a true copy of the Defendant, JPMorgan Chase Bank, N.A.'s Response to Plaintiff's First Request for Production and copies of the original note and mortgage were served by first class mail and email on December 5, 2014 to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401; john@pinson.com.

Dated: December 10, 2014.          **GRAYROBINSON, P.A.**
                                                 401 E. Las Olas Blvd., Suite 1850
                                                 Fort Lauderdale, FL  33301
                                                 Telephone:    (954) 761-8111
                                                 Facsimile:    (954) 761-8112
                                                 *Counsel for Defendants*

                                                 s/Michael D. Lessne
                                                 Michael D. Lessne
                                                 Fla. Bar No. 0073881
                                                 michael.lessne@gray-robinson.com

\823538\5200 - # 3311555 v1