# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO.    9:13-cv-80720-KAM

**John Pinson,**

Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

Defendants/

FILED BY _____ D.C.

DEC 2 4 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S NOTICE TO COURT

1. On October 21, 2014, Plaintiff pro se, John Pinson, served discovery on each defendant including Interrogatories, Requests for Production and Requests for Admissions. These requests are relevant to the issues. Responses were due November 20, 2014.

2. Defendants filed a Motion for Protective Order on November 11, 2014. Plaintiff filed his opposition to the motion on November 21, 2014, which included Exhibits A-E of 20 pages total.

3. Plaintiff is *pro se* and does not receive the benefit of any notices of filings via CM/ECF e-mail, and relies on the clerk's office for accuracy in docketing the documents he files.

4. On November 21, 2014, the clerk's office erroneously docketed seven pages from another case (13-80610-civ-kam) as attachments to Plaintiffs opposition brief. *See* DE 81-1 which is currently <u>restricted on pacer</u>. *See* "Exhibit A", docket report.

5. On November 24, 2014, the clerk's office entered on the docket a notice of docket correction [DE 82] stating, "Correction Additional Attachments have been added to Response and to this notice." *See* DE 82. This docket correction <u>again</u> contained the same erroneous materials mentioned *supra* ¶4. *See* DE 82-1 which is currently <u>restricted on pacer</u>. *See* "Exhibit B".

6. On November 26, 2014, Plaintiff visited the clerk's office to file papers. Using the pacer computer in the clerk's office he first discovered the <u>twice docketed erroneous information</u>. He also discovered the Magistrate Judge had granted the Protective Order and denied Plaintiff's request for hearing with only the erroneous information on the record. Plaintiff pointed all this out to the clerk, and the clerk contacted chambers, and Plaintiff was told the corrections would be made.

7. On or about November 28, 2014, Plaintiff received the docket correction notice in the mail from the Court. *See* "Exhibit B". This docket correction again contained the same erroneous materials. This time Plaintiff carefully looked at the erroneous materials.

8. On December 1, 2014, The docket reflects at DE 88:

> "Clerks Notice of Docket Correction re 82 Clerks Notice of Docket Correction - Chambers and Clerks, 81 Response in Opposition to Motion,. Document (Exhibit A-E)Restricted Due to Error; The correct document has been attached to this notice. (Attachments: # 1 Exhibit A-E) (gp) (dj) (Entered: 12/01/2014)

This correction was only made after Plaintiff reported the error on November 26, 2014 as stated *supra* ¶6, but was only entered on the docket on December 1, 2014.

9. Plaintiff carefully looked at the erroneous materials. The erroneous materials in part were titled: "AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT". Inquisitively, Plaintiff googled this term and found reference to "administrative procedure, within the admiralty". After further inquiry Plaintiff found a man named Timothy Turner went to prison for wrongly using administrative procedures.

**10. This Plaintiff does not engage in the use of any Administrative Procedures, but instead makes a very diligent and demonstrated effort to operate within the Federal Rules of Civil Procedures, the Local Rules, and the Statutes.**

11. The decision was rendered at such time that the court could only consider the erroneous filings and not the true arguments made by the Plaintiff in his actual filed documents.

12. Plaintiff believed that the erroneous filings were so distasteful to the Court that the Plaintiff was prejudice by their mere appearance albeit erroneous, and proper consideration was not properly given to his actual filings.

13. This Notice to the Court is filed in conjunction with Plaintiff's Notice of Appeal filed contemporaneously this day.

Dated: December 24, 2014          Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 24, 2014

_____

John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
_Attorney for Defendants:_
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.

Michael D. Lessne, Esq.
Michael.lessne@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
_Attorney for Defendants:_
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.

**Attached are Exhibits A & B.**
**The Exhibits total 21 pages.**

# Exhibit "A"

REF_DISCOV,WM

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:13-cv-80720-KAM

Pinson v. JP Morgan Chase Bank, National Association et al
Assigned to: Judge Kenneth A. Marra
Referred to: Magistrate Judge William Matthewman
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 07/26/2013
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**John Pinson**                    represented by **John Pinson**
                                   526 Westwood Road
                                   West Palm Beach, FL 33401
                                   561-833-4816
                                   PRO SE

V.

**Defendant**

**JP Morgan Chase Bank, National**     represented by **Michael David Lessne**
**Association**                        GrayRobinson P.A.
*a financial institution*              401 East Las Olas Boulevard
                                       Suite 1850
                                       Ft Lauderdale, FL 33301
                                       (954) 761-8112
                                       Email: michael.lessne@gray-robinson.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Thomas Holland Loffredo**
                                       Gray Robinson
                                       401 E. Las Olas Blvd., Ste. 1000
                                       P.O. Box 2328 (33303-9998)
                                       Fort Lauderdale, FL 33301
                                       954-761-8111
                                       Fax: 954-761-8112
                                       Email: tom.loffredo@gray-robinson.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Patrick S. Scott**
                                       GrayRobinson PA
                                       401 E Las Olas Boulevard

Suite 1850
Fort Lauderdale, FL 33301
954-761-7476
Fax: 954-761-8112
Email: patrick.scott@gray-robinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Law Offices of Marshall C. Watson, P.A.**     represented by   **Dale Lyn Friedman**
*a Florida Professional Association*                                 Conroy Simberg Ganon Krevans & Abel
*TERMINATED: 01/14/2014*                                      3440 Hollywood Boulevard
*also known as*                                           2nd Floor
Choice Legal Group, P.A.                                Hollywood, FL 33021
*TERMINATED: 01/14/2014*                              954-961-1400
Fax: 967-8577
Email: dfriedman@conroysimberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Alan Bouvatte , Jr.**
Conroy, Simberg, et al.
3440 Hollywood Blvd.
2nd Floor
Hollywood, FL 33021
(954) 961-1400
Fax: (954) 967-8577
Email: rbouvatte@conroysimberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CPCC Delaware Business Trust**     represented by   **Michael David Lessne**
*An unknown entity*                                         (See above for address)
*also known as*                                             *LEAD ATTORNEY*
CPCC Delaware Statutory Trust                          *ATTORNEY TO BE NOTICED*

**Patrick S. Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Holland Loffredo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JPMorgan Chase & Co.**     represented by   **Michael David Lessne**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Holland Loffredo**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2013 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00, filed by John Pinson. (Attachments: # 1 Appendix, # 2 Civil Cover Sheet)(jmd) (Entered: 07/26/2013) |
| 07/26/2013 | 2 | Judge Assignment to Judge Kenneth A. Marra (jmd) (Entered: 07/26/2013) |
| 07/26/2013 | 3 | Clerks Notice of Receipt of Filing Fee received on 7/26/2013 in the amount of $ 400.00, receipt number FLS9-2522 (jmd) (Entered: 07/26/2013) |
| 07/26/2013 | 4 | Summons Issued as to All Defendants. (ots) (Entered: 07/26/2013) |
| 08/01/2013 | 5 | Order Requiring Counsel to Confer, File Joint Scheduling Report and File Joint Discovery Report. Signed by Judge Kenneth A. Marra on 8/1/2013. (ar2) (Entered: 08/01/2013) |
| 08/27/2013 | 6 | First AMENDED VERIFIED COMPLAINT against JP Morgan Chase Bank, National Association, Law Offices of Marshall C. Watson, P.A., CPCC Delaware Business Trust, filed by John Pinson. (Attachments: # 1 Appendix)(tpl) (Entered: 08/28/2013) |
| 08/27/2013 | 7 | Summons Issued as to CPCC Delaware Business Trust. (tpl) (Entered: 08/28/2013) |
| 09/05/2013 | 8 | SUMMONS (Affidavit) Returned Executed on 6 Amended Complaint with a 21 day response/answer filing deadline JP Morgan Chase Bank, National Association served on 9/3/2013, answer due 9/24/2013. (tpl) (Entered: 09/06/2013) |
| 09/18/2013 | 9 | Clerks Notice of Docket Correction re 6 Amended Complaint. **Main Document Missing Pages**; Main document has been rescanned by Clerk. (ots) (Entered: 09/18/2013) |
| 09/24/2013 | 10 | UNOPPOSED MOTION for Extension of Time to Respond to 6 First Amended Verified Complaint by JP Morgan Chase Bank, National Association. Attorney Thomas Holland Loffredo added to party JP Morgan Chase Bank, National Association (pty:dft). (Attachments: # 1 Text of Proposed Order)(Loffredo, Thomas) Modified text/relief on 9/25/2013 (ar2). (Entered: 09/24/2013) |
| 09/25/2013 | 11 | Unopposed MOTION for Extension of Time to File Answer RE: Complaints re 6 Amended Complaint by Law Offices of Marshall C. Watson, P.A.. Attorney Dale Lyn Friedman added to party Law Offices of Marshall C. Watson, P.A.(pty:dft). (Attachments: # 1 Text of Proposed Order re Defendant's Unopposed Motion for Extension of Time)(Friedman, Dale) (Entered: 09/25/2013) |
| 09/25/2013 | 12 | ENDORSED ORDER granting 10 Motion for Extension of Time to Answer RE: Complaint. JP Morgan Chase Bank, National Association answer due 10/24/2013. |

| | | |
|---|---|---|
| | | Signed by Judge Kenneth A. Marra on 9/25/2013. (ir) (Entered: 09/25/2013) |
| 09/26/2013 | 13 | ENDORSED ORDER granting 11 Motion for Extension of Time to Answer RE: Complaint. Law Offices of Marshall C. Watson, P.A. answer due 10/17/2013. Signed by Judge Kenneth A. Marra on 9/26/2013. (ir) (Entered: 09/26/2013) |
| 10/17/2013 | 14 ℞ | Defendant's MOTION TO DISMISS 6 ℞ Amended Complaint FOR FAILURE TO STATE A CLAIM by Law Offices of Marshall C. Watson, P.A.. Responses due by 11/4/2013 (Friedman, Dale) (Entered: 10/17/2013) |
| 10/22/2013 | 15 ℞ | SUMMONS (Affidavit) Returned Executed on 6 ℞ Amended Complaint with a 14 day response/answer filing deadline pursuant to Fed. R. Civ. P. 15 by John Pinson. Law Offices of Marshall C. Watson, P.A. served on 9/5/2013, answer due 9/19/2013. (ail) (Entered: 10/23/2013) |
| 10/24/2013 | 16 ℞ | NOTICE of Attorney Appearance by Patrick S. Scott on behalf of CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association. Attorney Patrick S. Scott added to party CPCC Delaware Business Trust(pty:dft), Attorney Patrick S. Scott added to party JP Morgan Chase Bank, National Association(pty:dft). (Scott, Patrick) (Entered: 10/24/2013) |
| 10/24/2013 | 17 ℞ | Defendant's MOTION to Dismiss 6 ℞ Amended Complaint by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association. Responses due by 11/12/2013 (Scott, Patrick) (Entered: 10/24/2013) |
| 10/29/2013 | 18 ℞ | Unopposed MOTION for Enlargement of Time to File Response as to 14 ℞ Defendant's MOTION TO DISMISS by John Pinson. (tpl) (Entered: 10/30/2013) |
| 10/31/2013 | 19 | ENDORSED ORDER granting 18 ℞ Motion for Extension of Time to File Response/Reply re 14 ℞ Defendant's MOTION TO DISMISS 6 ℞ Amended Complaint FOR FAILURE TO STATE A CLAIM. Responses due by 11/25/2013. Signed by Judge Kenneth A. Marra on 10/31/2013. (ir) (Entered: 10/31/2013) |
| 10/31/2013 | 20 ℞ | NOTICE of Attorney Appearance by Robert Alan Bouvatte, Jr on behalf of Law Offices of Marshall C. Watson, P.A.. Attorney Robert Alan Bouvatte, Jr added to party Law Offices of Marshall C. Watson, P.A.(pty:dft). (Bouvatte, Robert) (Entered: 10/31/2013) |
| 11/08/2013 | 21 ℞ | MOTION for Enlargement of Time to File Response as to 17 ℞ Defendant's MOTION to Dismiss 6 ℞ Amended Complaint by John Pinson. (tpl) (Entered: 11/08/2013) |
| 11/08/2013 | 22 ℞ | Certification of Interested Parties by John Pinson (tpl) (Entered: 11/08/2013) |
| 11/12/2013 | 23 ℞ | AMENDED AND UNOPPOSED MOTION for Extension of Time to Respond to 17 ℞ Motion to Dismiss by John Pinson. (ar2) (Entered: 11/12/2013) |
| 11/12/2013 | 24 | ENDORSED ORDER granting 21 ℞ 23 ℞ Motion for Extension of Time to File Response/Reply re 17 ℞ Defendant's MOTION to Dismiss 6 ℞ Amended Complaint. Responses due by 12/12/2013. Signed by Judge Kenneth A. Marra on 11/12/2013. (ir) (Entered: 11/12/2013) |

| 11/20/2013 | 25 🅡 | Corporate Disclosure Statement by Law Offices of Marshall C. Watson, P.A. (Bouvatte, Robert) (Entered: 11/20/2013) |
| 11/25/2013 | 26 🅡 | RESPONSE in Opposition to 14 🅡 MOTION TO DISMISS filed by John Pinson. (ar2) (Entered: 11/26/2013) |
| 11/26/2013 | 27 | Joint MOTION for Extension of Time to file discovery report and to conduct scheduleing conference *Joint Motion for Two-Week Enlargement of Time to File Discovery Report and to Conduct Scheduling Conference* re 5 🅡 Order Requiring Joint Scheduling Report by Law Offices of Marshall C. Watson, P.A.. Responses due by 12/13/2013 (Attachments: # 1 Text of Proposed Order)(Bouvatte, Robert) (Entered: 11/26/2013) |
| 11/27/2013 | 28 | ENDORSED ORDER granting 27 Motion for Extension of Time to file discovery report and to conduct scheduling conference. Deadline extended to 12/10/13. Signed by Judge Kenneth A. Marra on 11/27/2013. (ir) (Entered: 11/27/2013) |
| 11/27/2013 | 29 🅡 | ACKNOWLEDGMENT OF SERVICE Executed to Counsel for CPPCC Delaware Business Trust via certified mail re 7 🅡 Summons Issued Acknowledgment filed by John Pinson. (ail) (Entered: 12/02/2013) |
| 12/05/2013 | 30 | Unopposed MOTION for Extension of Time to File Response/Reply as to 26 🅡 Response in Opposition to Motion, 14 🅡 Defendant's MOTION TO DISMISS 6 🅡 Amended Complaint FOR FAILURE TO STATE A CLAIM by Law Offices of Marshall C. Watson, P.A.. (Attachments: # 1 Text of Proposed Order)(Bouvatte, Robert) (Entered: 12/05/2013) |
| 12/05/2013 | 31 | ENDORSED ORDER granting 30 Motion for Extension of Time to File Response/Reply re 14 🅡 Defendant's MOTION TO DISMISS 6 🅡 Amended Complaint FOR FAILURE TO STATE A CLAIM. Replies due by 12/20/2013. Signed by Judge Kenneth A. Marra on 12/5/2013. (ir) (Entered: 12/05/2013) |
| 12/10/2013 | 32 | Joint MOTION for Extension of Time submit stipulated discovery plan *Joint Report on Discovery Conference and Joint Motion for Enlargement of Time to Submit Stipulated Discovery Plan* re 28 Order on Motion for Extension of Time, 5 🅡 Order Requiring Joint Scheduling Report by Law Offices of Marshall C. Watson, P.A.. Responses due by 12/27/2013 (Attachments: # 1 Text of Proposed Order)(Bouvatte, Robert) (Entered: 12/10/2013) |
| 12/12/2013 | 33 | RESPONSE in Opposition Re: 17 🅡 Motion to Dismiss filed by John Pinson. (ar2) (Entered: 12/13/2013) |
| 12/16/2013 | 34 | ENDORSED ORDER granting 32 Motion for Extension of Time to file stipulated discovery plan. Deadline extened to 12/23/13. Signed by Judge Kenneth A. Marra on 12/16/2013. (ir) (Entered: 12/16/2013) |
| 12/20/2013 | 35 🅡 | NOTICE of Settlement by John Pinson (yha) (Entered: 12/23/2013) |
| 12/23/2013 | 36 | MOTION to Approve Scheduling Conference Report and Discovery Plan Report re 34 Order on Motion for Extension of Time, 5 🅡 Order Requiring Joint Scheduling Report by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association. (Attachments: # 1 Exh A and Exh 1)(Scott, Patrick) (Entered: |

| | | 12/23/2013) |
|---|---|---|
| 12/23/2013 | 37 🅡 | MOTION for Extension of Time to File Response/Reply as to 33 Response in Opposition to Motion by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association. (Scott, Patrick) (Entered: 12/23/2013) |
| 12/23/2013 | 39 🅡 | SCHEDULING REPORT, Proposed Discovery Plan and Protective Order - **Rule 16.1** by John Pinson (yha) (Entered: 12/26/2013) |
| 12/26/2013 | 38 | ORDER granting 37 🅡 Motion for Extension of Time to File Response/Reply thru/including January 6, 2014. The Court notes Plaintiff's objection. Signed by Judge Kenneth A. Marra on 12/26/2013. (mln) (Entered: 12/26/2013) |
| 12/26/2013 | | Set/Reset Deadlines as to 17 🅡 Defendant's MOTION to Dismiss 6 🅡 Amended Complaint . Replies due by 1/6/2014. (See DE# 38.) (wc) (Entered: 12/27/2013) |
| 12/27/2013 | 40 🅡 | MOTION to Approve 39 🅡 Scheduling Report, Proposed Discovery Plan and Protective Order by John Pinson. (ar2) (Entered: 12/30/2013) |
| 01/03/2014 | 41 🅡 | ORDER denying without prejudice 36 Motion to approve scheduling report ; denying without prejudice 40 🅡 Motion to approve Plaintiff's scheduling report. Signed by Judge Kenneth A. Marra on 1/2/2014. (ir) (Entered: 01/03/2014) |
| 01/03/2014 | 42 🅡 | Corporate Disclosure Statement by JP Morgan Chase Bank, National Association identifying Corporate Parent JPMorgan Chase & Co. for JP Morgan Chase Bank, National Association (Scott, Patrick) (Entered: 01/03/2014) |
| 01/06/2014 | 43 🅡 | MEMORANDUM of Law re 33 Response in Opposition to Motion *to Dismiss Amended Complaint* by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association. (Loffredo, Thomas) (Entered: 01/06/2014) |
| 01/07/2014 | 44 🅡 | CERTIFICATE OF SERVICE by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association re 43 🅡 Memorandum (Loffredo, Thomas) (Entered: 01/07/2014) |
| 01/07/2014 | 45 🅡 | Corporate Disclosure Statement by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association identifying Corporate Parent JPMorgan Chase Bank & Co. for CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association (Loffredo, Thomas) (Entered: 01/07/2014) |
| 01/09/2014 | 46 🅡 | NOTICE of Dismissal by John Pinson (ar2) (Entered: 01/09/2014) |
| 01/14/2014 | 47 🅡 | ORDER Re: 46 🅡 Notice of Dismissal. Law Offices of Marshall C. Watson, P.A. (a Florida Professional Association) terminated. Signed by Judge Kenneth A. Marra on 1/13/2014. (ar2) (Entered: 01/14/2014) |
| 03/25/2014 | 48 🅡 | ORDER denying as moot 14 🅡 Motion to Dismiss for Failure to State a Claim. Signed by Judge Kenneth A. Marra on 3/24/2014. (ir) (Entered: 03/25/2014) |
| 03/26/2014 | 49 🅡 | ORDER denying without prejudice 17 🅡 Motion to Dismiss Amended Complaint. Plaintiff may file a Second Amended Complaint within 14 days of the date of entry of this Order. Signed by Judge Kenneth A. Marra on 3/25/2014. (ir) (Entered: 03/26/2014) |

| 04/03/2014 | 50 | UNOPPOSED MOTION for Extension of Time to File Second Amended Complaint by John Pinson. Responses due by 4/21/2014 (ar2) (Entered: 04/04/2014) |
| 04/07/2014 | 51 | ENDORSED ORDER granting 50 Motion for Extension of Time to File Second Amended Complaint. Amended Pleadings due by 4/22/2014. Signed by Judge Kenneth A. Marra on 4/7/2014. (ir) (Entered: 04/07/2014) |
| 04/22/2014 | 52 | SECOND AMENDED COMPLAINT against CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, and JPMorgan Chase & Co. filed in response to [DE 51] Order Granting Motion for Leave to File Amended Complaint, filed by John Pinson.(ar2) (Entered: 04/22/2014) |
| 04/22/2014 | 53 | Summons Issued as to JPMorgan Chase & Co. (ar2) (Entered: 04/22/2014) |
| 04/22/2014 | 54 | APPENDIX to 52 Second Amended Complaint by John Pinson (ar2) (Entered: 04/23/2014) |
| 05/01/2014 | 55 | Unopposed MOTION for Extension of Time to File Response/Reply as to 52 Amended Complaint by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. Attorney Thomas Holland Loffredo added to party JPMorgan Chase & Co.(pty:dft). (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Loffredo, Thomas) (Entered: 05/01/2014) |
| 05/05/2014 | 56 | ENDORSED ORDER granting 55 Motion for Extension of Time to File Response/Reply to Second Amended Complaint. Response due 5/20/14. Signed by Judge Kenneth A. Marra on 5/5/2014. (ir) (Entered: 05/05/2014) |
| 05/05/2014 | | Set/Reset Answer Due Deadline: JP Morgan Chase Bank, National Association response due 5/20/2014; JPMorgan Chase & Co. response due 5/20/2014. (ir) (Entered: 05/05/2014) |
| 05/16/2014 | 57 | Amended CERTIFICATION of Interested Party by John Pinson (gp) (Entered: 05/19/2014) |
| 05/20/2014 | 58 | MOTION to Dismiss 52 Amended Complaint, MOTION TO DISMISS 52 Amended Complaint FOR FAILURE TO STATE A CLAIM ( Responses due by 6/6/2014) by JP Morgan Chase Bank, National Association, JPMorgan Chase & Co. and CPCC Delaware Business Trust. (Attachments: # 1 Exhibit)(Loffredo, Thomas) Modified filers on 5/20/2014 (ar2). Modified text/relief on 8/26/2014 (ar2). (Entered: 05/20/2014) |
| 06/03/2014 | 59 | SUMMONS (Affidavit) Returned Executed on 52 Amended Complaint with a 14 day response/answer filing deadline pursuant to Fed. R. Civ. P. 15 by John Pinson. JP Morgan Chase Bank, National Association served on 5/13/2014, answer due 5/27/2014. (ar2) (Entered: 06/03/2014) |
| 06/03/2014 | 60 | UNOPPOSED MOTION for Extension of Time to Respond as to 58 Defendant's Motion to Dismiss by John Pinson. (ar2) (Entered: 06/03/2014) |
| 06/04/2014 | 61 | ENDORSED ORDER granting 60 Motion for Extension of Time to File Response/Reply re 58 Defendant's MOTION to Dismiss 52 Amended Complaint *(Defendants' Motion to Dismiss Second Amended Verified Complaint With Prejudice and Memorandum of Law in Support)* MOTION TO DISMISS 52 |

| | | |
|---|---|---|
| | | Amended Complaint FOR FAILURE TO STATE A CLAIM . Responses due by 6/25/2014. Signed by Judge Kenneth A. Marra on 6/4/2014. (ir) (Entered: 06/04/2014) |
| 06/25/2014 | 62 | RESPONSE in Opposition Re: 58 Defendant's Motion to Dismiss Second Amended Verified Complaint with Prejudice and Memorandum of Law in Support filed by John Pinson. (ar2) (Entered: 06/26/2014) |
| 07/03/2014 | 63 | MOTION to Strike and Memorandum of Law as to Exhibit A Re: 58 Motion to Dismiss by John Pinson. Responses due by 7/21/2014 (ar2) (Entered: 07/03/2014) |
| 07/21/2014 | 64 | NOTICE of Filing Certified Copy of Recorded Mortgage by JPMorgan Chase & Co., JP Morgan Chase Bank, National Association, and CPCC Delaware Business Trust.. Attorney Michael David Lessne added to party CPCC Delaware Business Trust(pty:dft), Attorney Michael David Lessne added to party JP Morgan Chase Bank, National Association(pty:dft), Attorney Michael David Lessne added to party JPMorgan Chase & Co.(pty:dft). (ar2) (Entered: 07/21/2014) |
| 07/21/2014 | 65 | RESPONSE in Opposition re 63 MOTION to Strike 58 Defendant's MOTION to Dismiss 52 Amended Complaint *(Defendants' Motion to Dismiss Second Amended Verified Complaint With Prejudice and Memorandum of Law in Support)* MOTION TO DISMISS 52 Amended Complaint filed by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. (Lessne, Michael) (Entered: 07/21/2014) |
| 07/21/2014 | 66 | CERTIFICATE of Counsel re 64 Notice (Other), *of Filing Certified Copy of Recorded Mortgage* by Michael David Lessne on behalf of CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co. (Lessne, Michael) (Entered: 07/21/2014) |
| 07/31/2014 | 67 | REPLY to Response to 63 Motion to Strike Defendant's Motion to Dismiss filed by John Pinson. (ar2) (Entered: 08/01/2014) |
| 08/07/2014 | 68 | MOTION to Strike and Memorandum of Law Re: 64 Notice of Filing Certified Copy of Recorded Mortgage by John Pinson. Responses due by 8/25/2014 (ar2) (Entered: 08/08/2014) |
| 08/14/2014 | 69 | RESPONSE in Opposition re 68 MOTION to Strike 64 Notice (Other), *of Filing Certified Copy of Recorded Mortgage* filed by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. (Lessne, Michael) (Entered: 08/14/2014) |
| 08/25/2014 | 70 | REPLY to Response to 68 Motion to Strike filed by John Pinson. (ar2) (Entered: 08/26/2014) |
| 08/26/2014 | 71 | ORDER Re: 58 Defendant's Motion to Dismiss Second Amended Verified Complaint. ( Responses due by 9/12/2014). Signed by Judge Kenneth A. Marra on 8/25/2014. (ar2) (Entered: 08/26/2014) |
| 09/12/2014 | 72 | MOTION to Dismiss 58 Motion for Summary Judgment, Motion to Dismiss ( Responses due by 9/29/2014), and Alternatively, MOTION for Extension of Time to Respond to 58 Motion for Summary Judgment, Motion to Dismiss by John |

| | | Pinson. (ar2) (Entered: 09/12/2014) |
|---|---|---|
| 09/19/2014 | 73 | RESPONSE in Opposition re 72 MOTION to Dismiss 58 Motion for Summary Judgment MOTION TO DISMISS 52 Amended Complaint FOR FAILURE TO STATE A CLAIM MOTION for Extension of Time to File Response/Reply filed by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. (Lessne, Michael) (Entered: 09/19/2014) |
| 09/24/2014 | 74 | REPLY to Response to 72 Motion to Dismiss filed by John Pinson. (ar2) (Entered: 09/25/2014) |
| 10/02/2014 | 75 | ORDER granting 72 Motion for Extension of Time to File Response to Motion to Dismiss. SEE ORDER FOR DETAILS Responses due by 12/12/2014 Signed by Judge Kenneth A. Marra on 10/1/2014. (ail) (Entered: 10/02/2014) |
| 10/02/2014 | | SYSTEM ENTRY - Docket Entry 76 [utility] restricted/sealed until further notice. (ail) (Entered: 10/02/2014) |
| 11/11/2014 | 77 | MOTION for Protective Order *and Incorporated Memorandum of Law* by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. (Attachments: # 1 Composite Exhibit A, # 2 Composite Exhibit B, # 3 Composite Exhibit C)(Lessne, Michael) (Entered: 11/11/2014) |
| 11/12/2014 | 78 | ORDER REQUIRING EXPEDITED RESPONSE: Set Deadlines as to 77 MOTION for Protective Order. Response due on or before Friday, November 21, 2014. No reply shall be filed. Signed by Magistrate Judge William Matthewman on 11/12/2014. (kza) (Entered: 11/12/2014) |
| 11/20/2014 | 79 | Defendant's MOTION for Extension of Time to Complete Discovery by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. (Lessne, Michael) (Entered: 11/20/2014) |
| 11/21/2014 | 80 | ORDER granting in part 79 Defendants' Motion for Enlargement of Time to Respond to Discovery. Signed by Magistrate Judge William Matthewman on 11/21/2014. (kza) (Entered: 11/21/2014) |
| 11/21/2014 | 81 | RESPONSE in Opposition re 77 MOTION for Protective Order *and Incorporated Memorandum of Law* ; and Plaintiff's OBJECTION Under Rule 46 filed by John Pinson. (gp) (Additional attachment(s) added on 11/24/2014: # 1 Exhibit A-E) (gp). (Entered: 11/24/2014) |
| 11/21/2014 | 88 | Clerks Notice of Docket Correction re 82 Clerks Notice of Docket Correction - Chambers and Clerks, 81 Response in Opposition to Motion,. **Document (Exhibit A-E)Restricted Due to Error**; The correct document has been attached to this notice. (Attachments: # 1 Exhibit A-E) (gp) (dj) (Entered: 12/01/2014) |
| 11/24/2014 | 82 | Clerks Notice of Docket Correction re 81 Response in Opposition to Motion. **Correction** Additional Attachments have been added to Response and to this notice. (Attachments: # 1 Exhibit A-E) (gp) (Entered: 11/24/2014) |
| 11/26/2014 | 83 | ORDER granting 77 Defendants' Motion for Protective Order. Signed by Magistrate Judge William Matthewman on 11/26/2014. (kza) (Entered: 11/26/2014) |

| 11/26/2014 | 84 | NOTICE of Dispute by John Pinson (ar2) (Entered: 12/01/2014) |
|---|---|---|
| 11/26/2014 | 85 | MOTION/Request for Hearing on Discovery Motions by John Pinson. (ar2) (Entered: 12/01/2014) |
| 11/26/2014 | 86 | NOTICE of Intent to File Response in Opposition to 79 Motion for Enlargement of Time to Respond to Discovery by John Pinson (ar2) (Entered: 12/01/2014) |
| 11/26/2014 | 87 | UNOPPOSED MOTION for Extension of Time to Complete Ordered Discovery and Respond to Defendant's Converted Motion to Dismiss by John Pinson. (ar2) (Entered: 12/01/2014) |
| 12/01/2014 | 89 | ORDER: that 83 Order granting Motion for Protective Order shall remain in force despite the recent correction of the exhibits attached to Plaintiff's response to the motion. Signed by Magistrate Judge William Matthewman on 12/1/2014. (kza) (Entered: 12/01/2014) |
| 12/01/2014 | 90 | ORDER denying as moot 85 Plaintiff's Request for Hearing. Signed by Magistrate Judge William Matthewman on 12/1/2014. (kza) (Entered: 12/01/2014) |
| 12/10/2014 | 91 | CERTIFICATE OF SERVICE by JP Morgan Chase Bank, National Association *of Service of Answer to Plaintiff's First Set of Interrogatories* (Lessne, Michael) (Entered: 12/10/2014) |
| 12/10/2014 | 92 | NOTICE by JP Morgan Chase Bank, National Association *of Certificate of Service of Response to Plaintiff's First Request for Production* (Lessne, Michael) (Entered: 12/10/2014) |
| 12/17/2014 | 93 | MOTION for Continuance of the Converted Motion for Summary Judgment by John Pinson. Responses due by 1/5/2015 (ar2) (Entered: 12/17/2014) |
| 12/18/2014 | 94 | RESPONSE in Opposition re 93 MOTION to Continue filed by CPCC Delaware Business Trust, JP Morgan Chase Bank, National Association, JPMorgan Chase & Co.. Replies due by 12/29/2014. (Lessne, Michael) (Entered: 12/18/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/20/2014 18:20:35 | | |
| **PACER Login:** | jp5439:3870992:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:13-cv-80720-KAM |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

12/20/2014 6:20 PM

# Exhibit "B"

U.S. District Court - Southern District of Florida

John Pinson
526 Westwood Road
West Palm Beach, FL 33401

------------------------

Case: 9:13-cv-80720-KAM  #82
17 pages.
Mon Nov 24 10:55:54 2014

------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless
specifically permitted by the rules or Court Order. If you MUST include personal
identifiers, ONLY include the limited information noted below:
· Social Security number: last four digits only
· Taxpayer ID number: last four digits only
· Financial Account Numbers: last four digits only
· Date of Birth: year only
· Minor's name: initials only
· Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from
filings. The Clerk's Office does not check filings for personal information.
Any personal information included in filings will be accessible to the public over the
internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1.
Also see the CM/ECF Administrative Procedures located on the Court's website
www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing
pro hac vice must file, in each pending case, a notice of change of mailing address or
contact information whenever such a change occurs. If court notices sent via the U.S. mail
are returned as undeliverable TWICE in a case, notices will no longer be sent to that party
until a current mailing address is provided.

See reverse side

Subject:Activity in Case 9:13-cv-80720-KAM Pinson v. JP Morgan Chase Bank, National
Association et al Clerks Notice of Docket Correction - Chambers and Clerks
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one
free electronic copy of all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.


U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 11/24/2014 10:38 AM EST and filed
on 11/24/2014


Case Name: Pinson v. JP Morgan Chase
Bank, National Association et al
Case Number: 9:13-cv-80720-KAM

Filer:


Document Number: 82


of your Web browser to view the document:


Docket Text:
Clerks Notice of Docket Correction re
[81] Response in Opposition to Motion. Correction Additional Attachments
have been added to Response and to this notice. (Attachments: # (1)
Exhibit A-E) (gp)


9:13-cv-80720-KAM Notice has been electronically mailed to:
Dale Lyn Friedman
dfriedman@conroysimberg.com, dgailey@conroysimberg.com

Michael David Lessne
michael.lessne@gray-robinson.com, jessica.cartagena@gray-robinson.com

Patrick S. Scott
patrick.scott@gray-robinson.com

Robert Alan Bouvatte

Service list page 1 only



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

JOHNNIE M. HAYES;
PRISCILLA DAVIS (sui juris)

     Plaintiffs.

                                Case No.13-80610-CIV-KAM

-v-
U.S BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR STRUCTURED ASSET
INVESTMENT LOAN TRUST
MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2006-2; BNC MORTGAGE, INC;
JP MORGAN CHASE BANK N.A;
OCWEN LOAN SERVICING, LLC;
CHASE FULFILLMENT CENTER
ROBERTSON, ANSCHUTZ, & SCHNEID, P.L.;
JAMIE EPSTEIN; JONATHAN MEISELS; MICHELLE BONDER

     Defendants.

## PLAINTIFFS RESPONSE TO (D.E 173) DEFENDANT ROBERTSON, ANSCHUTZ & SCHNEID, P.L, JAMIE EPSTEIN, MICHELLE BONDER, & JON MEISELS MOTION TO STRIKE PLAINTIFFS VERIFIED THIRD AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF THIS COURT:

     COMES NOW the Plaintiffs Johnnie M. Hayes and Priscilla Davis, who hereby

submits their Response to Defendants' Motion to Strike Plaintiffs Verified Third Amended

Complaint and states as follows:

    1.  On June 14, 2013 Plaintiffs filed their Verified Complaint in this matter. (**D.E 1**).

    2.  After the Verified Complaint was filed, each of the above referenced Defendants

       in the case filed Motion to Dismiss the Plaintiffs Verified Complaint. (D.E 27

and 48).

3. This Honorable Court granted on June 30, 2014 all Defendants Motion to Dismiss and gave Plaintiffs twenty (20) days to refile the Complaint in accordance with the Court's order. (D.E 131)

4. Defendants ROBERTSON, ANSCHUTZ & SCHNEID; JAMIE EPSTEIN, MICHELLE BONDER & JON MEISELS   claim fails due to the Order was entered June 30, 2014 (See DE 131) which Plaintiffs had twenty (20) days to refile their Second Amended Complaint. Defendants failed to include the 3 days for mailing and also the court was closed in observation of a National Holiday the Fourth of July. Plaintiffs did properly file their Verified Second Amended Complaint in the time allotted which was July 24, 2014. See Exhibit A (A stamped first page only copy of the Notice of Plaintiffs filing of the Verified Second  Amended Complaint stamped by the clerk).

5. Plaintiffs timely filed their  Verified Third Amended Complaint according to the scheduling order (D.E 164). See Exhibit B (A stamped first page only copy of the Notice of Plaintiffs filing of the Verified Third Amended Complaint stamped by the clerk)

6. Plaintiffs conferred with all the Defendants at their 26F conference that Plaintiffs will be filing a Third Amended Complaint and that Plaintiffs would be adding more defendants and all parties agreed upon a deadline to file a Third Amended Complaint and join additional defendants.

7. Plaintiffs filed on or about October 27, 2014 their motion for this Honorable Court to accept Plaintiffs Verified Third Amended Complaint D.E 171 which to date the court has not ruled on Plaintiffs motion.

CONCLUSION

Defendants ROBERTSON, ANSCHUTZ & SCHNEID; JAMIE EPSTEIN,

MICHELLE BONDER & JON MEISELS   motion falls short of any merits to

allow for dismissal. Plaintiffs have pleaded sufficient facts and stated a cause of

action.

**WHEREFORE,** Plaintiffs prayerfully requests that this Court enter an order denying

ROBERTSON, ANSCHUTZ & SCHNEID, P.L., JAMIE EPSTEIN, MICHELLE BONDER

& JON MEISELS Motion to Strike Plaintiffs Verified Third  Amended Complaint. In the

alternative, if the Court determines Plaintiffs has failed to state a claim, Plaintiffs asks the

Court to grant leave to amend their Complaint.

Certificate of Service

I certify that a true copy hereof has been furnished to all parties listed below by the method

indicated for each party on this 21st of  November 2014.

Johnnie M. Hayes
JOHNNIE M. HAYES                                        PRISCILLA DAVIS

BLANK ROME
1200 N. FEDERAL HWY
BOCA RATON, FL  33432

RIVERO MESTRE, P.L
2525 PONCE DE LEON STE#1000
CORAL GABLES, FL 33134

COLE, SCOTT & KISSANE
1645 PALM BEACH LAKES BLVD
2ND FLOOR
WEST PALM BEACH, FL 33401

EXHIBIT A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

FILED by _____ D.C.

JUL 2 3 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

JOHNNIE M. HAYES;
PRISCILLA DAVIS (sui juris)

    Plaintiffs.

                                  Case No.13-80610-CIV-KAM

-v-
U.S BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR STRUCTURED ASSET
 INVESTMENT LOAN TRUST
MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2006-2; BNC MORTGAGE, INC;
JP MORGAN CHASE N.A;
OCWEN  LOAN SERVICING, LLC;
CHASE FULFILLMENT CENTER;
ROBERTSON, ANSCHUTZ, & SCHNEID, P.L.;
LAURA A. JACKSON; JAMIE EPSTEIN;
JONATHAN MEISELS; MICHELLE BONDER

    Defendants.

NOTICE OF FILING OF

PLAINTIFFS VERIFIED SECOND AMENDED COMPLAINT
AND AFFIDAVIT OF  SPECIFIC NEGATIVE AVERMENT AND EXHIBITS ATTACHED HERETO

    PLEASE TAKE NOTICE that the Plaintiffs are filing PLAINTIFFS VERIFIED SECOND AMENDED COMPLAINT AND AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT AND EXHIBITS ATTACHED HERETO It's filed in this court in the above style Johnnie M. Hayes; and Priscilla Davis suris juris case.

I HEREBY CERTIFY that a true copy of the foregoing PLAINTIFFS VERIFIED SECOND AMENDED

COMPLAINT AND AFFIDAVIT OF SPECIFIC  NEGATIVE AVERMENT were delivered to the parties by

method indicated below on this 23RD day of JULY 2014.

JOHNNIE M. HAYES
480 w 35th st
Riviera Beach, Fl 33404

PRISCILLA DAVIS
480 w 35th  st
Riviera Beach, Fl 33404

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

FILED BY _____ D.C.

OCT 1 5 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JOHNNIE M. HAYES;
PRISCILLA DAVIS (sui juris)

     Plaintiffs.

   -v-

U.S BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR STRUCTURED ASSET
  INVESTMENT LOAN TRUST
MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2006-2; BNC MORTGAGE, INC;
JP MORGAN CHASE N.A;
OCWEN  LOAN SERVICING, LLC;
CHASE FULFILLMENT CENTER;
ROBERTSON, ANSCHUTZ, & SCHNEID, P.L.;
LAURA A. JACKSON; JAMIE EPSTEIN;
JONATHAN MEISELS; MICHELLE BONDER
BLANK ROME, LLP and THOMAS CIALINO, P.L
    Defendants.

Case No.13-80610-CIV-KAM

**NOTICE OF FILING PLAINTIFFS**
**VERIFIED**
**THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL, AND**
**AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT AND EXHIBITS ATTACHED**
**HERETO**

PLEASE TAKE NOTICE that the Plaintiffs are filing  A VERIFIED THIRD AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL, AND AFFIDVIT OF SPECIFIC NEGATIVE AVERMENT
AND EXHIBITS ATTACHED HERETO It's filed in this court in the above style Johnnie M. Hayes; and
Priscilla Davis suris juris case.

**I HEREBY CERTIFY** that a true copy of the foregoing PLAINTIFFS VERIFIED THIRD  AMENDED

COMPLAINT AND DEMAND FOR JURY TRIAL, AND AFFADAVIT OF SPECIFIC NEGATIVE

AVERMENT AND EXHIBITS ATTACHED HERETO  were delivered to the parties by the below

method this 15th day of October 2014.

JOHNNIE M. HAYES

PRISCILLA DAVIS