**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.    9:13-cv-80720-KAM**

FILED BY _____ D.C.
DEC 29 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**John Pinson,**

      Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

      Defendants/

**PLAINTIFF'S AMENDED NOTICE OF DISPUTE**

1. On October 21, 2014, Plaintiff pro se, John Pinson, served discovery on each defendant including Interrogatories, Requests for Production and Requests for admissions. These requests are relevant to the issues. Responses were due November 20, 2014.

2. Plaintiff provides notice that the parties have a dispute regarding the scope and relevance of the Discovery propounded by Plaintiff and the Defendants request for extension of time to respond to discovery.

3. Defendants filed a Motion for Protective Order on November 11, 2014. Plaintiff filed his opposition to the motion on November 21, 2014. Plaintiff objected to discovery limitations under FRCP Rule 46.

4. The Court issued a protective order limiting discovery [DE 83].

5. Defendant Chase answered discovery with general objections, blanket objections and claims of privilege where no privilege log exists.

6. Alleged original documents viewed appear different and spoiled with parts covered up with whiteout.

7. Plaintiff files his Motion to Compel Better Answers to Interrogatories, Production of Documents or, in the Alternative, for an *In Camera* Inspection of Documents.

      Dated: December 26, 2014      Respectfully Submitted,

                                                                                  _____

John Pinson, *pro se*<br>
526 Westwood Road<br>
West Palm Beach, Florida 33401<br>
561-329-2524<br>
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 26, 2014

_____
John Pinson

### Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.

Michael D. Lessne, Esq.
Michael.lessne@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.