UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-80720-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

     Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution, et al.,

     Defendants.

_____/

FILED by _____ D.C.

JAN 2 7 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING ADDITIONAL BRIEFING BY THE PARTIES

THIS CAUSE is before the Court upon Plaintiff, John Pinson's ("Plaintiff") Amended Motion to Compel Better Answers to Interrogatories, Production of Documents, or, in the Alternative, for an *In Camera* Inspection of Documents ("Motion"). [DE 100]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 75. Defendants JPMorgan Chase Bank, N.A. ("Chase") has filed a response to the Motion [DE 105].

One of Plaintiff's arguments in the Motion is that, when he viewed the original mortgage and note at Chase's counsel's office, "the alleged original documents presented appeared distinctly different and included whiteout tape on each page covering portions of the documents and hand written notations that appear nowhere on any other alleged documents presented." [DE 100]. Plaintiff asserts that "the mark Plaintiff questioned in the Court ordered interrogatory number 14 was covered-up with whiteout tape and loan numbers were covered-up, with no explanations why. . ." *Id.* Chase did not address this specific argument in its response to the Motion. *See* DE 105.

1

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  Defendant Chase shall file a written response within five (5) days from the date of this Order directly responding to Plaintiff's argument that the original mortgage and note that Plaintiff viewed at Chase's counsel's office had been "altered" or "spoiled."

2.  Plaintiff may file a reply within five (5) days of the filing of Chase's response. Plaintiff's reply shall be limited to the sole issue of the condition of the original mortgage and note.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this _27th_ day of January, 2015.

                                     WILLIAM MATTHEWMAN
                                     United States Magistrate Judge

cc:     John Pinson, pro se
        526 Westwood Road
        West Palm Beach, FL 33401