**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO.   9:13-cv-80720-KAM

**John Pinson,**

       Plaintiff

vs

**JPMORGAN CHASE BANK, N.A., et. al.**

       Defendants/

**PLAINTIFF'S NOTICE OF DISPUTE**

1. Plaintiff disputes the authenticity of the alleged original documents filed in DE 109-1.

2. Plaintiff objects to the alleged original documents filed in DE 109-1 as they are un-authenticated and hearsay.

Dated: February 6, 2015

Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

[FILED BY _____ D.C. / FEB 0 6 2015 / STEVEN M. LARIMORE / CLERK U.S. DIST. CT. / S.D. OF FLA. - W.P.B.]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed February 6, 2015

John Pinson

## Service List

Thomas H Loffredo, Esq.
tom.loffredo@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.

Michael D. Lessne, Esq.
Michael.lessne@gray-robinson.com
Gray Robinson, P.A.
401 E. Las Olas Blvd., Ste. 1000
Ft. Lauderdale, FL 33301
Phone: (954) 761-8111
Fax: (954) 761-8112
*Attorney for Defendants:*
JPMorgan Chase Bank, N.A.;
CPCC Delaware Business Trust,
a/k/a CPCC Delaware Statutory Trust;
JPMorgan Chase & Co.