# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY __ABM__
Feb 18, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

February 18, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-15761-F
Case Style: John Pinson v. JPMorgan Chase Bank, NA, et al
District Court Docket No: 9:13-cv-80720-KAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-15761-F

JOHN PINSON,

                                                    Plaintiff-Appellant,

versus

JPMORGAN CHASE BANK, NA,
a financial institution,
CPCC DELAWARE BUSINESS TRUST,
An unknown entity,
a.k.a. CPCC Delaware Statutory Trust,
JPMORGAN CHASE & CO.,

                                                    Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before: ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. John Pinson has filed a notice of appeal from three magistrate judge discovery orders, which are not final appealable orders. *See Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982); *Doe No. 1 v. United States*, 749 F.3d 999, 1004 (11th Cir. 2014). Accordingly, we lack jurisdiction to hear this appeal.

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.