UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

        Plaintiff,                                Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

        Defendants.
_____/

## CORRECTED CERTIFICATE OF SERVICE RE: DE 123

I HEREBY CERTIFY that a true copy of Defendants' Notice of Filing Corrected Affidavit as to Redaction of Original Documents [DE 123] was served: (a) on the 18th day of March, 2015, electronically upon all parties that have registered for the CM/ECF service list, and (b) on the 19th day of March, 2015, by first class mail and email to:

    John Pinson
    526 Westwood Road
    West Palm Beach, FL 33401
    john@pinson.com

                                                                s/Michael D. Lessne
                                                                Michael D. Lessne

\823538\5200 - # 3474799 v1