UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80720-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution,
CPCC DELAWARE BUSINESS TRUST,
a/k/a CPCC DELAWARE STATUTORY
TRUST, JPMORGAN CHASE & CO.,
a publicly held company,

Defendants.
_____/

## JUDGMENT

Based upon the recently entered Order granting Defendants' motion to dismiss and summary judgment, Judgment is hereby entered on behalf of JPMorgan Chase Bank, N.A., CPCC Delaware Business Trust and JPMorgan Chase & Co. and against Plaintiff John Pinson and Plaintiff shall take nothing from Defendants in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of March, 2015.

_____
KENNETH A. MARRA
United States District Judge