UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

        Plaintiff,                                  Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

        Defendants.
_____/

## CERTIFICATE OF SERVICE RE: DE 126

      I HEREBY CERTIFY that a true and correct copy of Opinion and Order [DE 126] was served this 23rd day of March, 2015, electronically upon all parties that have registered for the CM/ECF service list, and by first class mail and email to:

    John Pinson
    526 Westwood Road
    West Palm Beach, FL 33401
    john@pinson.com

                                                    s/Michael D. Lessne
                                                  Michael D. Lessne

\823538\5200 - # 3479347 v1