UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON,

      Plaintiff,                                        Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

      Defendants.
_____/

## CORRECTED CERTIFICATE OF SERVICE RE: DE 126

    I HEREBY CERTIFY that a true and correct copy of Opinion and Order [DE 126] was served on the 23rd day of March, 2015, electronically upon all parties that have registered for the CM/ECF service list and by first class mail to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401.  On March 24, 2015, service was made by email to John Pinson at john@pinson.com.

Dated: March 24, 2015.                    **GRAYROBINSON, P.A.**
                                                  401 E. Las Olas Blvd., Suite 1000
                                                  Fort Lauderdale, FL  33301
                                                  Telephone:   (954) 761-8111
                                                  Facsimile:    (954) 761-8112
                                                  *Counsel for Defendants*

                                                  s/Michael D. Lessne
                                                  Michael D. Lessne
                                                  Fla. Bar No. 0073881
                                                  michael.lessne@gray-robinson.com

\823538\5200 - # 3479814 v1