# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

JOHN PINSON,

        Plaintiff,                                            Case No. 9:13-cv-80720-KAM

v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, a financial institution;
CPCC DELAWARE BUSINESS TRUST a/k/a
CPCC DELAWARE STATUTORY TRUST,
an unknown entity; and JPMORGAN CHASE
& CO., a publicly held company,

        Defendants.

_____/

## CORRECTED CERTIFICATE OF SERVICE RE: DE 127

I HEREBY CERTIFY that a true and correct copy of Judgment [DE 127] was served on

the 23rd day of March, 2015, electronically upon all parties that have registered for the CM/ECF

service list and by first class mail to John Pinson, 526 Westwood Road, West Palm Beach, FL

33401.  On March 24, 2015, service was made by email to John Pinson  at john@pinson.com.

Dated: March 24, 2015.             **GRAYROBINSON, P.A.**
                            401 E. Las Olas Blvd., Suite 1000
                            Fort Lauderdale, FL  33301
                            Telephone:    (954) 761-8111
                            Facsimile:    (954) 761-8112
                            *Counsel for Defendants*

                            s/Michael D. Lessne
                            Michael D. Lessne
                            Fla. Bar No. 0073881
                            michael.lessne@gray-robinson.com

\823538\5200 - # 3479868 v1